## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

J.Z., a minor, by and through her
natural parents and next friends,
TIFFINEY and RICHARD ZINGER;
TIFFINEY and RICHARD ZINGER,
individually; H.R. a minor, by and
through her natural parents and next
friends, GEISY MORENO and JOEL
RODRIGUEZ; and GEISY MORENO
and JOEL RODRIGUEZ,
individually,

                                          CASE NO.:

       Plaintiffs,

vs.

UNIVERSAL CITY DEVELOPMENT
PARTNERS, LTD., a Florida for-profit
limited partnership, d/b/a
UNIVERSAL ORLANDO and d/b/a
UNIVERSAL STUDIOS,

       Defendant.

_____/

### <u>NOTICE OF REMOVAL</u>

Defendants, UNIVERSAL CITY DEVELOPMENT PARTNERS, LTD., a

Florida limited partnership ("UCDP"), by and through its undersigned counsel,

hereby gives notice of removal of this action from state court to this District

Court pursuant to 28 U.S.C. § 1441(a), asserting in support thereof as follows:

## I.   __INTRODUCTION__

1.   On June 23, 2021, Plaintiffs, J.Z., a minor, TIFFINEY and RICHARD ZINGER (J.Z.'s parents), H.R., a minor, and GEISY MORENO and JOEL RODRIGUEZ (H.R.'s parents) (collectively, the "Plaintiffs"), filed a Complaint against UCDP in the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida.   True and correct copies of the Civil Cover Sheet and Complaint filed by Plaintiffs are attached as Exhibits "A" and "B," respectively.   The state court action is pending as Case No. 2021-CA-006496-O.

2.   Beginning on page 13 of the Complaint, Plaintiffs assert nine (9) alleged claims against UCDP: (a) violation of Florida's Civil Rights Act of 1992 (public accommodations discrimination, on behalf of J.Z.); (b) violation of Florida's Civil Rights Act of 1992 (public accommodations discrimination, on behalf of H.R.); (c) civil battery (on behalf of J.Z.); (d) intentional infliction of emotional distress (on behalf of J.Z. and her parents); (e) intentional infliction of emotional distress (on behalf of H.R. and her parents); (f) negligent supervision (on behalf of J.Z. and her parents); (g) negligent supervision (on behalf of H.R. and her parents); (h) negligent infliction of emotional distress (on behalf of J.Z.'s parents); and (i) negligent infliction of emotional distress (on behalf of H.R.'s parents).

3.     Plaintiffs served the Complaint on UCDP on July 29, 2021.   A true and correct copy of the Summons issued by the clerk of court of the state court on July 26, 2021, is attached as Exhibit "C."   Additionally, true and correct copies of: (a) Plaintiffs' Notice of Compliance with Rule 2.516(b)(1) and Designation of Email Addresses (filed on June 23, 2021); (b) Plaintiffs' First Request for Production to Defendant (filed on June 28, 2021); (c) Plaintiffs' Notice of Service of Interrogatories to Defendant (filed on June 28, 2021); and (d) a Standing Case Management Plan/Order (General Track) (filed on July 6, 2021) are attached as Exhibits "D" through "G," respectively.   Aside from Exhibits "A" through "G," no other papers have been filed or served in the state court action.

4.     As demonstrated below, this Court has original jurisdiction over this action under 28 U.S.C. § 1332(a).

## II.   <u>DIVERSITY JURISDICTION EXISTS (28 U.S.C. § 1332(a)).</u>

### A.   **Amount in Controversy**

5.     First, the amount in controversy in this case exceeds the sum of $75,000.00, exclusive of interest and costs.   Plaintiffs allege in Paragraph 1 of their Complaint that "[t]he present lawsuit presents claims for damages ***as to each Plaintiff in excess of $30,000.00*** (Thirty-Thousand Dollars), exclusive of interest and costs."   (Exhibit "B" at ¶ 1) (emphasis added).   In addition, in

3

the Civil Cover Sheet filed with the state court, Plaintiffs estimated that the amount of their claim is "over $100,000.00."   (Exhibit "A").

### B.   Diversity of Citizenship

6.    In accordance with 28 U.S.C. § 1332(a)(1), this action is between citizens of different States.   First, in Paragraphs 4 and 5 of the Complaint, Plaintiffs identify themselves as all residing: (a) "in both the state of Florida and the state of Colorado" (J.Z. and her parents), and (b) "in the state of Florida" (H.R. and her parents).   (Exhibit "B" at ¶¶ 4-5).

7.    Next, as established in the attached Declaration of Gabriela Kornzweig on UCDP's behalf (Exhibit "H"), UCDP is a citizen of the states of Delaware and Pennsylvania.   UCDP is not a citizen of the states of Florida or Colorado.[1]

8.    As such, there is complete diversity of citizenship between Plaintiffs (Florida and Colorado) and Defendant (Delaware and Pennsylvania).

---

[1] While UCDP is a Florida limited partnership, a limited partnership has the citizenship of each of its partners, whether general or limited.   *Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C.*, 374 F.3d 1020, 1021 (11th Cir. 2004). Further, a court must trace the citizenship of unincorporated associations' partners or members "through however many layers of partners or members there may be." *Cableview Commc'ns of Jacksonville, Inc. v. Time Warner Cable Southeast LLC*, No. 3:13-CV-306-J-34JRK, 2013 WL 12441093, at *2 (M.D. Fla. May 6, 2013).   The tracing provided in the Declaration of Gabriela Kornzweig for UCDP (Exhibit "H") demonstrates that UCDP has citizenship in Delaware and Pennsylvania, not in Florida or Colorado.

### III.   <u>CONCLUSION</u>

9.     Accordingly, because diversity of citizenship exists, this Court has original jurisdiction over this cause, making removal appropriate pursuant to 28 U.S.C. § 1441(a).

DATED this 27th day of August, 2021.

*/s/ Michael J. Beaudine*
**Michael J. Beaudine, Esq.**
Florida Bar No. 0772763
beaudine@lathamluna.com
**Marc L. Levine, Esq.**
Florida Bar No. 28039
mlevine@lathamluna.com
**LATHAM, LUNA, EDEN & BEAUDINE, LLP**
201 South Orange Avenue, Suite 1400
Orlando, Florida 32801
Telephone:  (407) 481-5800
Facsimile:   (407) 481-5801

*Attorneys for Defendant UCDP*

**EXHIBIT "A"**

**FORM 1.997.    CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

### I.    CASE STYLE

IN THE CIRCUIT COURT OF THE <u>NINTH</u>   JUDICIAL CIRCUIT,
IN AND FOR <u>ORANGE</u>   COUNTY, FLORIDA

<u>Tiffiney Zinger, Richard Zinger, Geisy Moreno, Joel Rodriguez</u>
Plaintiff

Case # _____
Judge _____

vs.

<u>Universal City Development Partners Ltd</u>
 Defendant

### II.    AMOUNT OF CLAIM

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

☐  $8,000 or less
☐  $8,001 - $30,000
☐  $30,001- $50,000
☐  $50,001- $75,000
☐  $75,001 - $100,000
☒  over $100,000.00

### III.    TYPE OF CASE    (If the case fits more than one type of case,   select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

**CIRCUIT CIVIL**

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence—other
   ☐ Business governance
   ☐ Business torts
   ☐ Environmental/Toxic tort
   ☐ Third party indemnification
   ☐ Construction defect
   ☐ Mass tort
   ☐ Negligent security
   ☐ Nursing home negligence
   ☐ Premises liability—commercial
   ☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
   ☐ Commercial foreclosure
   ☐ Homestead residential foreclosure
   ☐ Non-homestead residential foreclosure
   ☐ Other real property actions

☐ Professional malpractice
   ☐ Malpractice—business
   ☐ Malpractice—medical
   ☐ Malpractice—other professional
☒ Other
   ☐ Antitrust/Trade regulation
   ☐ Business transactions
   ☐ Constitutional challenge—statute or ordinance
   ☐ Constitutional challenge—proposed amendment
   ☐ Corporate trusts
   ☒ Discrimination—employment or other
   ☐ Insurance claims
   ☐ Intellectual property
   ☐ Libel/Slander
   ☐ Shareholder derivative action
   ☐ Securities litigation
   ☐ Trade secrets
   ☐ Trust litigation

**COUNTY CIVIL**

☐ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

☐ Replevins
☐ Evictions
     ☐ Residential Evictions
     ☐ Non-residential Evictions
☐ Other civil (non-monetary)

## COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

**IV.**    **REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☒ Nonmonetary declaratory or injunctive relief;
☒ Punitive

**V.**    **NUMBER OF CAUSES OF ACTION:** [   ]
(Specify)

  <u>9</u>

**VI.**   **IS THIS CASE A CLASS ACTION LAWSUIT?**
☐ yes
☒ no

**VII.**  **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
☒ no
☐ yes If "yes," list all related cases by name, case number, and court.

**VIII.** **IS JURY TRIAL DEMANDED IN COMPLAINT?**
☒ yes
☐ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: <u>s/ Lisa Anne Riddle</u>       Fla. Bar # <u>92521</u>
       Attorney or party         (Bar # if attorney)

<u>Lisa Anne Riddle    </u>      <u>06/24/2021</u>
 (type or print name)        Date

- 3 -

**EXHIBIT "B"**

IN THE CIRCUIT COURT OF THE
NINTH JUDICIAL CIRCUIT IN AND FOR
ORANGE COUNTY, FLORIDA

CIRCUIT CIVIL DIVISION

CASE NO.:

J.Z., a minor, by and through her natural
parents and next friends, TIFFINEY and
RICHARD ZINGER; TIFFINEY and RICHARD
ZINGER, individually; H.R., a minor, by and
through her natural parents and next friends,
GEISY MORENO and JOEL RODRIGUEZ;
and GEISY MORENO and JOEL
RODRIGUEZ, individually,

     Plaintiffs,

vs.

UNIVERSAL CITY DEVELOPMENT
PARTNERS, LTD., a Florida for-Profit Limited
Partnership, d/b/a UNIVERSAL ORLANDO
and d/b/a UNIVERSAL STUDIOS

     Defendant.

_____/

## COMPLAINT AND REQUEST FOR JURY TRIAL

J.Z., a minor, by and through her natural parents and next friends, Tiffiney and

Richard Zinger, and Tiffiney and Richard Zinger individually (hereinafter "Zinger

Plaintiffs") and H.R., a minor, by and through her natural parents and next friends, Geisy

Moreno and Joel Rodriguez, and Geisy Moreno and Joel Rodriguez individually

(hereinafter "Rodriguez and Moreno Plaintiffs") sue Universal City Development Partners,

Ltd. d/b/a Universal Orlando, d/b/a Universal Studios (hereinafter collectively "Universal

Orlando") and allege as follows:

- 1 -

Zinger and Rodriguez Complaint and Request for Jury Trial

## INTRODUCTION

The subject Complaint regards a Universal Studios employee dressed as an animated character who targeted a black autistic child and a Spanish-speaking Hispanic child based on their race, color and national origin. The two young vulnerable children gleefully and innocently ran up to meet the disguised man during family trips to Universal Orlando-sponsored events.  In display of open hatred towards the girls, the costumed man made a White-Power hand symbol while posing for family photographs and videos taken by their unsuspecting parents. Universal Orlando took no action to detect, avoid nor prevent this offensive and discriminatory behavior repeated at its park and hotel event.  See below photos attached as exhibits and referenced in further detail herein:



Exh. A: Gru & H.R., February 2019



Exh. B: Gru & J.Z., March 2019

- 2 -

**McLUSKEY, McDONALD & HUGHES, P.A.**
THE BARRISTER BUILDING • 8821 S.W. 69TH COURT • MIAMI, FLORIDA 33156
TELEPHONE (305) 670-2020 • FACSIMILE (305) 662-6164 • www.mmlawmiami.com

## JURISDICTION AND VENUE

1.      The present lawsuit presents claims for damages as to each Plaintiff in excess of $30,000.00 (Thirty-Thousand Dollars), exclusive of interest and costs.

2.      J.Z., a minor, by and through her natural parents and next friends, Tiffiney and Richard Zinger; and H.R., a minor, by and through her natural parents and next friends, Geisy Moreno and Joel Rodriguez, each raise claims based on statutory discrimination violations of the Florida Civil Rights Act of 1992, Fla. Stat. §§ 760.01, 760.07, 760.08, and 760.11.

3.      The Zinger Plaintiffs and Rodriguez and Moreno Plaintiffs each raise claims based on Intentional Infliction of Emotional Distress and Negligent Supervision; J.Z., by and through her natural parents and next friends, Tiffiney and Richard Zinger, files an action for Civil Battery; and Tiffiney and Richard Zinger,  individually, and Geisy Moreno and Joel Rodriguez, individually, file actions for Negligent Infliction of Emotional Distress.

4.      The Zinger Plaintiffs all reside in both the state of Florida and the state of Colorado.

5.      The Rodriguez and Moreno Plaintiffs all reside in the state of Florida.

6.      Venue lies within Orange County, Florida because all Universal Orlando-sponsored events giving rise to the claims in this Complaint arose in Orange County, the location of Defendant's Universal Studios theme park (where H.R. was present when events giving rise to her allegations took place) and Universal's Loews Royal Pacific Resort (where J.Z. was present when events giving rise to her allegations took place).

- 3 -

7.     Defendant, Universal City Development Partners, Ltd., is a Florida Limited Partnership that does business in Orange County, Florida; at all times material, it has been authorized to do business, and has been doing business and maintaining offices in Orange County, Florida; and has owned, operated, controlled, possessed and maintained the premises located at 1000 Universal Studios Plaza, Orlando, Florida (d/b/a Universal Orlando).

8.     Universal's Loews Royal Pacific Resort is located in Orange County, Florida, at 6300 Hollywood Way, Orlando, Florida.

9.     All conditions precedent to the maintenance of these actions have been met, performed, waived or otherwise satisfied, including the filing of Complaints with the State of Florida – Florida Commission on Human Relations.  The Commission issued its determinations on August 7, 2020, which permitted civil actions to be filed in a court of competent jurisdiction within one year of said date, in accordance with Fla. Stat. §§ 760.11(4) and 760.11(8).  *See* Exhibits C and D attached hereto.  Per the Florida statutes, the present actions are being filed within one year of the Commission's Notice of Rights.

## GENERAL ALLEGATIONS COMMON
## TO FLORIDA CIVIL RIGHTS ACT VIOLATIONS

10.     The Florida Civil Rights Act of 1992 reads in pertinent part:

(2)     The general purposes of the Florida Civil Rights Act of 1992 are to secure for all individuals within the state freedom from discrimination because of race, color, religion, sex, pregnancy, national origin, age, handicap, or marital status and thereby to protect their interest in personal dignity, to make available to the state their full productive capacities, to secure the state against domestic strife and unrest, to preserve the public safety, health, and general welfare, and to

- 4 -

> promote the interests, rights, and privileges of individuals within the state.
>
> (3)    The Florida Civil Rights Act of 1992 shall be construed according to the fair import of its terms and shall be liberally construed to further the general purposes stated in this section and the special purposes of the particular provision involved.

Fla. Stat. § 760.01(2)-(3)

11.    Per Fla. Stat. § 760.02(11), Universal Orlando's subject theme park, Universal Studios, is a place of public accommodation and place of exhibition or entertainment.    Universal's Loews Royal Pacific Resort is a place of public accommodation, lodging, and facility principally engaged in selling food for consumption on the premises, an establishment that provides lodging to transient guests, a place of exhibit or entertainment, and an establishment physically located within the premises of a public-accommodations establishment, which holds itself out as serving patrons of such public-accommodations establishment.

12.    The present Complaint is brought based on violations of Fla. Stat. § 760.08: Discrimination in Places of Public Accommodation, against both J.Z. and H.R., which reads:

> All persons are entitled to the full and equal enjoyment of the goods, services, facilities, privileges, advantages, and accommodations of any place of public accommodation without discrimination or segregation on the ground of race, color, national origin, sex, pregnancy, handicap, familial status, or religion.

## GENERAL ALLEGATIONS

13.    At all times herein mentioned, Universal Orlando owned, operated, controlled and maintained the theme park at Universal Studios and hired, directed,

- 5 -

controlled, supervised and monitored the theme park's staff and employees, including the men and women dressed in costume and their handlers and supervisors.

14.     At all times herein mentioned, Universal Orlando hired, directed, controlled, supervised and monitored all of the costumed employees, handlers and supervisors who attended a Universal-themed breakfast at Loews Royal Pacific Resort.

15.     At all times herein mentioned, Universal Orlando hired, supervised, directed, monitored and controlled its employees dressed in character costume, including those dressed as Felonious Gru, a movie character from "Despicable Me."

16.     At all times herein mentioned, Universal Orlando provided employees dressed in character costumes to work at Universal Studios' theme park and Universal's Loews Royal Pacific Resort in Orange County, Florida.

17.     At all times herein mentioned, the character/s dressed as Gru who posed in Exhibits A, B and P photographs and video was/were acting as employee/s and agent/s and acting within the course and scope of his/their agency and employed by Defendant.

18.     At all times herein mentioned, the "handlers" and supervisors of the character/s dressed as Gru who posed in the subject photographs and video (attached as Exhibits A, B and P) were acting as employees and agents and acting within the course and scope of their agency and employment with Defendant.

19.     J.Z. is a member of a statutorily protected class based on her race and color. She is biracial. Her natural father, Richard Zinger, is white and her natural mother, Tiffiney Zinger, is black. J.Z. also has special needs. She is visibly handicapped with autism. Her physical actions displayed this handicapped condition to all those who saw

- 6 -

her at the time of her interaction with the Universal Orlando employee dressed as Gru on or about March 23, 2019.

20.     H.R. is a member of a statutorily protected class based on her color and national origin.  She is Hispanic.  Her natural parents, Geisy and Joel Rodriguez, are Hispanic and both were born in Cuba.  H.R. is bilingual, and speaks English and Spanish interchangeably.  She openly spoke Spanish with her father, Joel Rodriguez, and mother, Geisy Moreno, during the time she interacted with the Universal Orlando employee dressed as Gru on February 16, 2019.

21.     J.Z. and H.R. were each the victims of Universal Orlando's costumed employee, dressed as Felonious Gru, positioning himself for a family photograph/video with each during which time he openly and pointedly displayed towards them a universally-known and universally-used hate symbol that indicates White Power (Exhibits A and B).

22.     Using his/their hand, Universal Orlando's employee/s dressed as Gru fanned three fingers into a "W" shape and curled his/their index finger and thumb to touch over his/their wrist to form a "P."

23.     This White Power hand signal has become openly and widely used to express hatred towards a segment of the population based upon a person's race, color and national origin, and it has prevalently and commonly been known as a hate symbol for years preceding the incidents detailed in the present Complaint.

McLUSKEY, McDONALD & HUGHES, P.A.
THE BARRISTER BUILDING • 8821 S.W. 69TH COURT • MIAMI, FLORIDA 33156
TELEPHONE (305) 670-2020 • FACSIMILE (305) 662-6164 • www.mmlawmiami.com

24.     The symbol became so prevalent well before the incidents reflected in Exhibits A and B that it has long been listed as a sign used to indicate "hate" by the American Anti-Defamation League (Exhibit E).

25.     White Supremacists have adapted and celebrated the signal and prevalently post it in photographs on social media and other Internet sites as a sign of racial hatred and discrimination against those not of Caucasian heritage and those who speak languages other than English.

26.     The Boston Globe published an in-depth exposé just 5 months prior to H.R.'s photo with Gru and 6 months prior to J.Z.'s photo with Gru to indicate how widespread and well-known the hate signal had become by the time the incidents detailed herein occurred. *See* Michael Andor Brodeur, *That Hand Symbol You're Seeing Everywhere? Not OK*, BOSTON GLOBE, Sept. 21, 2018 (Exhibit F).

27.     The same White-Power symbol was widely publicized and criticized when patrons displayed it and the Nazi salute while riding Universal Studios' Revenge of the Mummy in 2019. *See* Ashley Carter, *Group Flashes Nazi Salute on Universal's Mummy Ride,* SPECTRUM NEWS 13, Aug. 19, 2019, https://www.mynews13.com/fl/orlando/attractions/2019/08/19/group-makes-nazi-salute-on-universal-orlando-ride  (Exhibit  G). This photograph, which originally appeared on Facebook, was included in mass news coverage in the Orlando area at the time of the incident.

28.     International media showcased the symbol's widespread use when Brenton Tarrant displayed the signal during his courtroom appearance after his arrest for murdering fifty (50) people in a shooting spree at mosques in Christchurch, New Zealand

- 8 -

(Exhibit H). Another man accused of a highly-publicized hate-inspired murder, Kyle Rittenhouse, also openly used the White-Power hate sign, as seen in published photos where he posed with members of a hate group. *See* Katie Shepherd, *Kyle Rittenhouse Flashed Hate Symbols, Posed with Proud Boys in a Wisconsin Bar, Prosecutors Say*, WASHINGTON POST, Jan. 13, 2021 (Exhibit I). Lobbyist Roger Stone infamously and openly showed the hand signal with supporters (Exhibit J). West Point cadets displayed the hand signal repeatedly behind a sportscaster during a football game in an event widely publicized (Exhibit K).

29. Disturbingly, United States Capital rioters on January 6, 2021 frequently displayed the signal to remove any doubt as to its long-standing and long-understood hate-filled messaging. See *Identifying Far-Right Symbols that Appeared at the U.S. Capitol Riot*, WASHINGTON POST, Jan. 15, 2021 (Exhibit L), and Matthew Rosenberg and Ainara Tiefenthaler, *Decoding the Far-Right Symbols at the Capital Riot*, N.Y. TIMES, Jan. 13, 2021 (Exhibit M). International media have reported extensively on the prevalence of the hand signal's use as a hate symbol. *See OK Hand Sign Added to List of Hate Symbols*, BBC NEWS, Sept. 27, 2019; Vanessa Swales, *How Did the OK Sign Become a Symbol of White Supremacy?*, THE INDEPENDENT, Dec. 17, 2019; and Vanessa Swales, *When the O.K. Sign is No Longer O.K.*, N.Y. TIMES, Dec. 15, 2019 (Exhibit N).

30. Postings on social media have helped proliferate the symbol among hate groups at or near the time that the Exhibit A and B photos were taken with H.R. and J.Z. *See* Exhibit O.

**McLUSKEY, McDONALD & HUGHES, P.A.**
THE BARRISTER BUILDING • 8821 S.W. 69TH COURT • MIAMI, FLORIDA 33156
TELEPHONE (305) 670-2020 • FACSIMILE (305) 662-6164 • www.mmlawmiami.com

## PUNITIVE DAMAGES ALLEGATIONS

31.     Universal Orlando's supervisors, handlers, employees and agents, including the subject man/men dressed as Gru who posed in photographs and video with J.Z. and H.R., knew that the White Power signal shown in the attached photographs with J.Z. and H.R. was a deliberate hate symbol that unmistakably indicated hate and discrimination directed against both J.Z. and H.R.

32.     Florida permits punitive damages to be awarded for violations of Florida Civil Rights Act of 1992, through Fla. Stat. § 760.11(5), which reads in part:

> (5) In any civil action brought under this section, the court may issue an order prohibiting the discriminatory practice and providing affirmative relief from the effects of the practice, including back pay. The court may also award compensatory damages, including, but not limited to, damages for mental anguish, loss of dignity, and any other intangible injuries, and punitive damages. …

33.     Universal Orlando's character/s dressed as Gru, during the two incidents identified in the present Complaint involving the Zinger Plaintiffs and Rodriguez and Moreno Plaintiffs, had actual knowledge of the wrongfulness of the conduct of showing hate symbols in photographs and videos and the high probability that injury to the Zinger Plaintiffs and Rodriguez and Moreno Plaintiffs would result and, despite that knowledge, intentionally showed and placed the hate symbol, resulting in:

the following injuries to the Zinger Plaintiffs:

      A.     mental anguish;

      B.     loss of dignity;

      C.     loss of innocence;

- 10 -

**McLUSKEY, McDONALD & HUGHES, P.A.**
THE BARRISTER BUILDING • 8821 S.W. 69TH COURT • MIAMI, FLORIDA 33156
TELEPHONE (305) 670-2020 • FACSIMILE (305) 662-6164 • www.mmlawmiami.com

  D. emotional distress;

  E. humiliation;

  F. embarrassment;

  G. battery of an unwanted touching (J.Z. only); and

  H. loss of enjoyment of life.

and the following injuries to the Rodriguez and Moreno Plaintiffs:

  A. mental anguish;

  B. loss of dignity;

  C. loss of innocence;

  D. emotional distress;

  E. humiliation;

  F. embarrassment; and

  G. loss of enjoyment of life.

34. Universal Orlando's character/s dressed as Gru, during the two incidents identified in the present Complaint involving the Zinger Plaintiffs and Rodriguez and Moreno Plaintiffs, engaged in conduct by displaying the known hate symbol in photographs and video with young children based on their race and color (J.Z.), and color and national origin (H.R.) so reckless and wanting in care that it constituted a conscious disregard and indifference to the safety and rights of the people exposed to such conduct – the Zinger Plaintiffs and Rodriguez and Moreno Plaintiffs.

35. Universal Orlando, and the handlers and supervisors of Universal Orlando's character/s dressed as Gru, during the two incidents identified in the present Complaint

**McLUSKEY, McDONALD & HUGHES, P.A.**
THE BARRISTER BUILDING • 8821 S.W. 69TH COURT • MIAMI, FLORIDA 33156
TELEPHONE (305) 670-2020 • FACSIMILE (305) 662-6164 • www.mmlawmiami.com

involving the Zinger Plaintiffs and Rodriguez and Moreno Plaintiffs, actively and knowingly participated in the situation wherein the Gru character was allowed to display the hate symbol with children in protected classes in an open display before handlers who witnessed the behavior and encouraged the behavior by allowing it to continue and repeat and assisted in drawing unsuspecting children to be victims of the conduct as they steered the children to engage with the man/men dressed as Gru.

36.    Universal Orlando, and the handlers and supervisors of Universal Orlando's character/s dressed as Gru, during the two incidents identified in the present Complaint involving the Zinger Plaintiffs and Rodriguez and Moreno Plaintiffs, knowingly condoned, ratified, facilitated and consented to such offensive conduct with H.R and J.Z. by watching its continued and open display and doing nothing to stop or prevent it.

37.    Universal Orlando, and the handlers and supervisors of Universal Orlando's character/s dressed as Gru, during the two incidents identified in the present Complaint involving the Zinger Plaintiffs and Rodriguez and Moreno Plaintiffs, engaged in conduct that constituted gross negligence – by being in a position to supervise, control and monitor the Gru costumed character/s' interactions with young innocent children, such as J.Z. and H.R., and allowing those children to be exposed to offensive behavior and conduct due to the Universal Orlando's handler and supervisors failing to monitor and control the Gru character/s interaction with J.Z. and H.R. to ensure no harmful contact; ignoring the potentially harmful nature of the interactions; and/or knowingly facilitating the harmful contact with the children by luring the children to engage with the character while he openly made harmful contact – and that contributed to:

- 12 -

the following injuries to the Zinger Plaintiffs:

    A.    mental anguish;

    B.    loss of dignity;

    C.    loss of innocence;

    D.    emotional distress;

    E.    humiliation;

    F.    embarrassment;

    G.    battery of an unwanted touching (J.Z. only); and

    H.    loss of enjoyment of life.

and the following injuries to the Rodriguez and Moreno Plaintiffs:

    I.    mental anguish;

    J.    loss of dignity;

    K.    loss of innocence;

    L.    emotional distress;

    M.    humiliation;

    N.    embarrassment; and

    O.    loss of enjoyment of life.

## COUNT I

### IN VIOLATION OF FLORIDA CIVIL RIGHTS ACT OF 1992: J.Z.'S CLAIM OF PUBLIC ACCOMMODATIONS DISCRIMINATION

J.Z., a minor, by and through her natural parents and next friends, Tiffiney and Richard Zinger, re-alleges the allegations set forth above in paragraphs 1 through 37 as if set forth herein in full and further asserts:

**McLUSKEY, McDONALD & HUGHES, P.A.**
THE BARRISTER BUILDING • 8821 S.W. 69TH COURT • MIAMI, FLORIDA 33156
TELEPHONE (305) 670-2020 • FACSIMILE (305) 662-6164 • www.mmlawmiami.com

38.    Universal Orlando violated Florida Civil Rights Act of 1992, as codified in Fla. Stat. § 760.08: Discrimination in Places of Public Accommodation, against J.Z. based on the following allegations:

39.    On or about March 23, 2019, J.Z. at the age of 6, along with her parents, Tiffiney and Richard Zinger, went to a children's breakfast sponsored by Universal Orlando at the Loews Royal Pacific Resort in Orange County, Florida.

40.    J.Z. eagerly met a man employed by Universal Orlando and dressed in a Felonious Gru costume who appeared at the event.  Felonious Gru is an animated character from one of J.Z.'s favorite movies, Despicable Me.

41.    While positioning for a photograph and video, the costumed man held J.Z.'s shoulder and placed directly upon her shoulder a White-Power hate symbol.  *See* video still photograph attached as Exhibit B.

42.    The costumed man held this hate symbol on J.Z.'s shoulder for an extended period of time, as video evidence shows.  The costumed man was directed by a Universal Orlando "handler" who brought him to join J.Z. and her family.  The handler was in a position where she could fully see what was taking place when this costumed man placed the hate symbol on J.Z.'s body.

43.    J.Z. selected a video still/photograph of the incident to display in a school project, and was emotionally upset, humiliated, embarrassed and suffered a loss of dignity when she found out that the video still/photograph could not be used in class because of the White Power symbol prominently displayed in the video-still photograph.

- 14 -

44.     Upon discovering the incident, J.Z.'s parents, Tiffiney and Richard Zinger, explained to their daughter that a man did a bad thing to her because he did not like her because of her race and color. As a result, J.Z. suffered emotional harm, humiliation, embarrassment and loss of dignity when realizing that the man dressed as her beloved animated character placed a symbol on her shoulder in clear indication of his hatred of her due to her race and color.

45.     People in unprotected classes at the event were not treated in a similar discriminatory manner as was J.Z. at this event.

46.     Universal Orlando's employee's direct actions against J.Z. and also Universal Orlando's negligent hiring, training and supervision of the employee resulted in harm to J.Z.

47.     This incident prevented J.Z.'s full and equal enjoyment of the goods, services, facilities, privileges, advantages and accommodations of Universal's Loew's Royal Pacific Resort – a place of public accommodation – without discrimination on the grounds of race and color.

48.     The costumed Gru character also raised a banana over both the heads of Tiffiney and J.Z. while they posed together for an additional photo (*see* attached Exhibit P).

49.     This Universal Orlando costumed employee was permitted to openly discriminate in a pattern and practice against children, such as J.Z. and H.R. (see Count II allegations set forth and adopted herein as to H.R.), by displaying this hate symbol while

- 15 -

standing with children without any redress or prevention of these actions by his handlers or supervisors.

50.     Just one month prior to the incident with J.Z., a man employed by Universal Orlando and dressed as Gru did the exact same thing to H.R., a young Hispanic Spanish-speaking girl, H.R. (see Count II allegations set forth and adopted herein as to H.R.).

51.     To date, despite repeated requests, Universal Orlando has refused to disclose the name of the costumed and disguised employee who placed the hate symbol on J.Z.'s shoulder.

52.     Universal Orlando's failure to disclose the identity of the employee who did this to J.Z. puts other children at risk of being targets of hate while Universal Orlando employees are permitted to display symbols of hate unfettered and with anonymity at Universal Orlando's events and properties.

53.     As a result of Universal Orlando's costumed employee's discriminatory actions against J.Z. based on her race and color, she suffered:

        A.      mental anguish;

        B.      loss of dignity;

        C.      loss of innocence;

        D.      emotional distress;

        E.      humiliation;

        F.      embarrassment;

        G.      battery of an unwanted touching; and

        H.      loss of enjoyment of life.

- 16 -

WHEREFORE, J.Z., by and through her natural parents and next friends, Tiffiney and Richard Zinger, demands judgment for compensatory damages, including, but not limited to, damages for mental anguish, loss of dignity, and any other intangible injuries as listed above, punitive damages and attorney's fees as statutorily ascribed and permissible under Fla. Stat. § 760.11(5), and all other remedies that this Court rules just and proper. Further, per statute, J.Z., by and through her natural parents and next friends, Tiffiney and Richard Zinger, seeks affirmative relief from the effects of Defendant's discriminatory practices, including but not exclusively an Order prohibiting the discriminatory practices.

## COUNT II
### IN VIOLATION OF FLORIDA CIVIL RIGHTS ACT OF 1992:
### H.R.'S CLAIM OF PUBLIC ACCOMMODATIONS DISCRIMINATION

H.R., a minor, by and through her natural parents and next friends, Geisy Moreno and Joel Rodriguez, re-alleges the allegations set forth above in paragraphs 1 through 37 as if set forth herein in full and further asserts:

54.    Universal Orlando violated Florida Civil Rights Act of 1992, as codified in Fla. Stat. § 760.08: Discrimination in Places of Public Accommodation, against H.R. based on the following allegations:

55.    On February 16, 2019, H.R., at the age of 5, along with her parents, Geisy and Joel Rodriguez, were at Universal Studios theme park in Orange County, Fla.

56.    A man employed by Universal Orlando and dressed in a Felonious Gru costume displayed a White Power hate symbol next to H.R. while he posed in a photograph with her (*see* attached Exhibit A).

- 17 -

57.     H.R. is Hispanic and is bilingual (speaking both Spanish and English). Her parents, Geisy Moreno and Joel Rodriguez, were born in Cuba and are now both United States citizens. Geisy Moreno and Joel Rodriguez were openly speaking in Spanish to H.R. while attempting to get the man dressed as Gru to pose in a photograph with H.R.

58.     Gru ignored the child while posing with white English-speaking children lined up for photographs. Joel Rodriguez chased Gru down and beseeched him to pose with his overlooked child, and the dressed character eventually stood for the photograph attached is Exhibit A, wherein he displayed the hate symbol.

59.     The Gru character's handlers and/or supervisors were in the area to view this act of hate.

60.     H.R. suffered emotional harm, embarrassment, humiliation and loss of dignity after Geisy Moreno explained to her why a costumed man displayed this hate sign in a photograph with her.

61.     People in other non-protected classes at the event were not treated in a similar discriminatory manner as was H.R. at this event.

62.     Universal Orlando's employee's direct actions against H.R. and also Universal Orlando's negligent hiring, training and supervision of supervising employees resulted in harm to H.R.

63.     This incident prevented H.R.'s full and equal enjoyment of the goods, services, facilities, privileges, advantages and accommodations of Universal Studios' amusement park – a place of public accommodation – without discrimination on the ground of color and national origin.

- 18 -

64.    This Universal Orlando employee was permitted to openly discriminate in a pattern and practice against children in a protected class, such as J.Z. (see Count I regarding J.Z. as if incorporated herein) and H.R., by displaying this hate symbol while standing with children and without any redress or prevention of these actions by his handlers or supervisors employed by Universal Orlando.  The character would go on to show the same hate symbol against a black child (J.Z.) just one month later.

65.    To date, despite repeated requests, Universal Orlando has refused to disclose the name of the costumed and disguised employee who displayed this hate symbol against H.R.

66.    Universal Orlando's failure to disclose the identity of the employee who did this to H.R. puts other children at risk of being targets of hate while Universal Orlando employees are permitted to display symbols of hate unfettered and with anonymity at Universal Orlando's properties and events.

67.    As a result of Universal Orlando's costumed employee's discriminatory actions against H.R. based on her color and national origin, she suffered:

A.    mental anguish;

B.    loss of dignity;

C.    loss of innocence;

D.    emotional distress;

E.    humiliation;

F.    embarrassment; and

G.    loss of enjoyment of life.

- 19 -

WHEREFORE, H.R., by and through her natural parents and next friends, Geisy Moreno and Joel Rodriguez, demands judgment for compensatory damages, including, but not limited to, damages for mental anguish, loss of dignity, and any other intangible injuries as listed above, punitive damages and attorney's fees as statutorily ascribed and permissible under Fla. Stat. § 760.11(5), and all other remedies that this Court rules just and proper. Further, per statute, H.R., by and through her natural parents and next friends, Geisy Moreno and Joel Rodriguez, seeks affirmative relief from the effects of Defendant's discriminatory practices, including but not exclusively an Order prohibiting the discriminatory practices.

## COUNT III
### J.Z.'S CLAIM OF CIVIL BATTERY

J.Z., a minor, by and through her natural parents and next friends, Tiffiney and Richard Zinger, re-alleges the allegations set forth above in paragraphs 1 through 30 as if set forth herein in full and asserts:

68.    On or about March 23, 2019, J.Z., at the age of 6, along with her parents, Tiffiney and Richard Zinger, went to a children's breakfast sponsored by Universal Orlando at the Loews Royal Pacific Resort in Orange County, Florida.

69.    A man employed by Universal Orlando and dressed in a Felonious Gru costume held J.Z.'s shoulder and placed directly upon her shoulder a White Power hate symbol. *See* video still-photograph attached as Exhibit A.

70.    The symbol was intended as offensive, insulting, demoralizing and emotionally harmful contact.

- 20 -

71. The disguised man, who Universal Orlando has refused to disclose, intended to cause harmful and offensive contact against J.Z., and the harmful and offensive contact did, in fact, directly occur.

72. The White Power symbol was placed on J.Z. as an offensive signal representing his hatred towards her as a black handicapped child.

73. Universal Orlando, as the employer of the man dressed as Gru, at the time of the incident, had direct supervision and knowledge of its employee's offensive and harmful contact and the employee, his supervisors and handlers knew and/or should have known such contact occurred.

74. Universal Orlando, as the employer of the man dressed as Gru at the time the incident, had – through the employee and his supervisors and handlers – direct knowledge of the offensive and harmful nature of the contact.

75. Despite such contact by a Universal Orlando employee, neither the employee nor his supervisors or handlers made any effort to prevent, stop or end such offensive and harmful contact or to take any other remedial action in response.

76. The supervisors and/or handlers of the Gru character facilitated this harmful contact by luring J.Z. to stand beside Gru and watched knowingly as Gru placed the hate symbol on J.Z.'s shoulder.

77. As a result of the offensive, demoralizing and emotionally harmful contact with J.Z. by Universal Orlando's costumed employee, she suffered the following:

    A. mental anguish;

    B. loss of dignity;

**McLUSKEY, McDONALD & HUGHES, P.A.**
THE BARRISTER BUILDING • 8821 S.W. 69TH COURT • MIAMI, FLORIDA 33156
TELEPHONE (305) 670-2020 • FACSIMILE (305) 662-6164 • www.mmlawmiami.com

C.   emotional distress;

D.   humiliation;

E.   embarrassment;

F.   insult;

G.   offense;

H.   revulsion;

I.   battery of an unwanted touching; and

J.   loss of enjoyment of life.

WHEREFORE, J.Z., a minor, by and through her natural parents and next friends, Tiffiney and Richard Zinger, demands judgment for compensatory damages, including, but not limited to, damages for mental anguish, loss of dignity, attorney's fees and any other intangible injuries, and all other remedies that this Court rules just and proper.

## COUNT IV
### ZINGER PLAINTIFFS'
### CLAIM OF INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

The Zinger Plaintiffs re-allege the allegations set forth above in paragraphs 1 through 30 as if set forth herein in full and assert:

78.   Universal Orlando's employee dressed as Gru acted intentionally and recklessly when Gru placed the White Power hate symbol on J.Z.'s shoulder (as depicted in Exhibit B) and knew or should have known that emotional distress would likely result.

79.   Universal Orlando's employee dressed as Gru acted outrageously when he displayed a White Power hate symbol while J.Z. posed eagerly and innocently in

- 22 -

photographs with him, as to go beyond all bounds of decency, and to be regarded as odious and utterly intolerable in a civilized community.

80.    The Universal Orlando employee dressed as Gru caused severe emotional distress in the form of grave humiliation, grave insult, grave loss of dignity and grave embarrassment to J.Z. individually as well as to her parents, Tiffiney and Richard Zinger, when they realized the hateful symbol was so blatantly displayed to show hatred towards J.Z., based purely on her race and color; to show hatred towards Tiffiney Zinger based purely on her race and color; and to show hatred towards Richard Zinger based purely on his being father to black children.

81.    Universal Orlando's handlers and supervisors acted intentionally and recklessly when watching and facilitating Gru placing the White-Power hate symbol on J.Z.'s shoulder, and knew or should have known that emotional distress would likely result.

82.    Universal Orlando's handlers and supervisors acted outrageously when allowing and facilitating a man dressed as Gru to display a White Power hate symbol while J.Z. posed eagerly and innocently in photographs with him, as to go beyond all bounds of decency, and to be regarded as odious and utterly intolerable in a civilized community.

83.    Universal Orlando's handlers and supervisors caused severe emotional distress in the form of grave humiliation, grave insult, grave loss of dignity and grave embarrassment to J.Z. individually as well as to her parents, Tiffiney and Richard Zinger, when they realized the hateful symbol was so blatantly displayed to show hatred towards

**McLUSKEY, McDONALD & HUGHES, P.A.**
THE BARRISTER BUILDING • 8821 S.W. 69TH COURT • MIAMI, FLORIDA 33156
TELEPHONE (305) 670-2020 • FACSIMILE (305) 662-6164 • www.mmlawmiami.com

J.Z., based purely on her race and color; to show hatred towards Tiffiney Zinger based purely on her race and color; and to show hatred towards Richard Zinger based purely on his being father to black children.

84.     As a result of the offensive and insulting hate symbol being placed on J.Z.'s shoulder, J.Z., Tiffiney and Richard Zinger each suffered the following:

>           A.     mental anguish;
>
>           B.     loss of dignity;
>
>           C.     emotional distress;
>
>           D.     humiliation;
>
>           E.     embarrassment;
>
>           F.     insult;
>
>           G.     offense;
>
>           H.     revulsion;
>
>           I.      battery of an unwanted touching (J.Z. only); and
>
>           J.      loss of enjoyment of life.

WHEREFORE, the Zinger Plaintiffs each demand judgment for compensatory damages, including, but not limited to, damages for mental anguish, loss of dignity, humiliation, embarrassment, emotional harm and attorney's fees, and all other remedies that this Court rules just and proper.

**McLUSKEY, McDONALD & HUGHES, P.A.**
THE BARRISTER BUILDING • 8821 S.W. 69TH COURT • MIAMI, FLORIDA 33156
TELEPHONE (305) 670-2020 • FACSIMILE (305) 662-6164 • www.mmlawmiami.com

## COUNT V
### RODRIGUEZ AND MORENO PLAINTIFFS'
### CLAIM OF INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

The Rodriguez and Moreno Plaintiffs re-allege the allegations set forth above in paragraphs 1 through 30 as if set forth herein in full and assert:

85.     Universal Orlando's employee dressed as Gru acted intentionally and recklessly when Gru placed the White-Power hate symbol beside H.R.'s head (as depicted in Exhibit A) and knew or should have known that emotional distress would likely result.

86.     Universal Orlando's employee dressed as Gru acted outrageously when he displayed a White Power hate symbol while H.R. posed eagerly and innocently in photographs with him, as to go beyond all bounds of decency, and to be regarded as odious and utterly intolerable in a civilized community.

87.     The Universal Orlando employee dressed as Gru caused severe emotional distress in the form of grave humiliation, grave insult, grave loss of dignity and grave embarrassment to H.R. individually as well as to her parents, Geisy Moreno and Joel Rodriguez, when they realized the hateful symbol was so blatantly displayed to show hatred towards a young innocent child, H.R. based purely on her color, national origin and speaking Spanish; to show hatred towards Joel Rodriguez based purely on his color, national origin and speaking Spanish; and to show hatred towards Geisy Moreno based purely on her color, national origin and speaking Spanish.

**McLUSKEY, McDONALD & HUGHES, P.A.**
THE BARRISTER BUILDING • 8821 S.W. 69TH COURT • MIAMI, FLORIDA 33156
TELEPHONE (305) 670-2020 • FACSIMILE (305) 662-6164 • www.mmlawmiami.com

88.     Universal Orlando's handlers and supervisors acted intentionally and recklessly when watching and facilitating Gru placing the White Power hate symbol by H.R.'s head, and knew or should have known that emotional distress would likely result.

89.     Universal Orlando's handlers and supervisors acted outrageously when allowing and facilitating a man dressed as Gru to display a White Power hate symbol while H.R. posed eagerly and innocently in photographs with him, as to go beyond all bounds of decency, and to be regarded as odious and utterly intolerable in a civilized community.

90.     Universal Orlando's handlers and supervisors caused severe emotional distress in the form of grave humiliation, grave insult, grave loss of dignity and grave embarrassment to H.R. individually as well as to her parents, Geisy Moreno and Joel Rodriguez, when they realized the hateful symbol was so blatantly displayed to show hatred towards a young innocent child, H.R., based purely on her color, national origin and speaking Spanish; to show hatred towards Joel Rodriguez based purely on his color, national origin and speaking Spanish; and to show hatred towards Geisy Moreno based purely on her color, national origin and speaking Spanish.

91.     As a result of the offensive and insulting hate symbol being placed by H.R.'s head, H.R., Geisy Moreno and Joel Rodriguez each suffered the following:

A.     mental anguish;

B.     loss of dignity;

C.     emotional distress;

D.     humiliation;

- 26 -

E.    embarrassment;

F.    insult;

G.    offense;

H.    revulsion; and

I.    loss of enjoyment of life.

WHEREFORE, the Rodriguez and Moreno Plaintiffs each demand judgment for compensatory damages, including, but not limited to, damages for mental anguish, loss of dignity, humiliation, embarrassment, emotional harm and attorney's fees, and all other remedies that this Court rules just and proper.

### COUNT VI
### ZINGER PLAINTIFFS'
### CLAIMS OF NEGLIGENT SUPERVISION

92.    The Zinger Plaintiffs readopt and reallege all previous allegations contained in paragraphs 1 through 30 above as if set forth herein in full and assert:

93.    As an employer of costumed characters who interact with children at its sponsored events, Universal Orlando supervised the man dressed as Gru and who showed the White-Power hate symbol in a photo with J.Z., including placing the White Power symbol directly on J.Z.'s shoulder as he touched her.

94.    In its supervision of the man dressed in costume and allowed to interact with children, such as the Universal Orlando employee who showed the White Power symbol in the subject photograph and video, Universal Orlando had a legal duty to use reasonable care to maintain an environment ensuring the health, welfare and safety of J.Z. while she was a patron at Universal Orlando's sponsored event.

- 27 -

95.     A relationship existed between J.Z. and the costumed character who interacted with her, giving rise to legal duties on the part of Universal Orlando to protect and maintain the health, welfare and safety of J.Z. at the event.

96.     A relationship existed between Tiffiney and Richard Zinger and the costumed character who interacted with them, giving rise to legal duties on the part of Universal Orlando to protect and maintain the health, welfare and safety of them at the event.

97.     Universal Orlando's costumed employees, such as the man dressed as Gru in the subject photograph and video, are supervised by handlers and supervisors employed by Universal Orlando and who accompany the dressed characters to events and oversee the costumed employees' interactions with children.

98.     Prior to J.Z.'s incident as shown in Exhibit B, Universal Orlando was on notice and became aware, or should have become aware, of problems with the Gru costumed character depicted in both the J.Z. and H.R. photographs that indicated his unfitness, but Universal Orlando failed to take further action such as investigation, discharge or reassignment to prevent injury to J.Z.

99.     Universal Orlando knew or had reason to know of the harmful and offensive contact occurring at its sponsored events and unreasonably failed to prevent the foreseeable harm being inflicted on J.Z. during the Universal Orlando costumed employee's harmful interaction with her.  Of particular but not exclusive concern, a character dressed as Gru openly showed the White-Power hate symbol in a photo with H.R., which handlers and supervisors employed by Universal Orlando were watching or

- 28 -

should have been in a position to watch, just 35 days before a Universal employee dressed as Gru was allowed to once again display the same White-Power hate symbol and place the symbol on the shoulder of J.Z. without prevention, restriction or remedial measures taken by the handlers and supervisors after the H.R. incident, nor before or during the J.Z. incident.  In these regards, Universal Orlando:

A.    Failed to have in place properly supervised targeted policies governing costumed characters' behavior around and interaction with child and adult patrons;

B.    Failed to have in place properly supervised targeted policies governing improper and discriminatory contact with children and adults;

C.    Failed to have in place properly supervised policies, procedures and guidelines regarding what are overtly discriminatory and offensive signals, gestures and behavior to show towards children and adults who are in protected classes such as those based on race, national origin and color;

D.    Failed to have in place properly supervised informational and educational programs notifying and/or informing costumed characters and their handlers or co-workers what are universally-known and unacceptable signals and gestures used to show discrimination and hatred towards protected classes;

E.    Failed to have in place properly supervised supervisory personnel to assure that improper contact between costumed characters and protected-class children and others did not occur;

**McLUSKEY, McDONALD & HUGHES, P.A.**
THE BARRISTER BUILDING • 8821 S.W. 69TH COURT • MIAMI, FLORIDA 33156
TELEPHONE (305) 670-2020 • FACSIMILE (305) 662-6164 • www.mmlawmiami.com

F.      Failed to have in place properly supervised adequate investigatory procedures to assure that children and adult patrons were properly cared for with non-discriminatory respect, especially as it pertains to direct interaction with child patrons;

G.      Failed to have in place properly supervised handlers and supervisors to properly monitor and supervise interaction with child patrons to ensure no protected classes were discriminated against; and

H.      Failed to have in place properly supervised and periodically reviewed written documentation, such as student handbooks, written procedures and/or other school documents to articulate specific policies regarding costumed characters interactions with children and adult patrons.

100.    Universal Orlando negligently breached its duty to protect and maintain the health, welfare and safety of child patrons by failing to properly supervise and otherwise oversee the conduct of its costumed characters who interacted with J.Z. while she was at Universal Orlando's event.

101.    Universal Orlando negligently breached its duty to supervise its costumed employees and through its acts or omissions, permitting its costumed employees to engage in improper, harmful and offensive contact with J.Z. while attending a Universal Orlando-sponsored event.

102.    Universal Orlando's breach of its duties to supervise, and ensuing failure to remove the costumed Gru character from interaction with J.Z. and Universal Orlando's failure to provide corrective training or reprimand following prior incident in order to

**McLUSKEY, McDONALD & HUGHES, P.A.**
THE BARRISTER BUILDING • 8821 S.W. 69TH COURT • MIAMI, FLORIDA 33156
TELEPHONE (305) 670-2020 • FACSIMILE (305) 662-6164 • www.mmlawmiami.com

prevent later offensive behavior to occur again against J.Z., was a direct and proximate cause of injury to J.Z., Tiffiney and Richard Zinger who each suffered and will continue to suffer in the future:

A.    mental anguish;

B.    loss of dignity;

C.    emotional distress;

D.    humiliation;

E.    embarrassment;

F.    insult;

G.    offense;

H.    revulsion;

I.    battery in the form of an unwanted touching (J.Z. only); and

J.    loss of enjoyment of life.

WHEREFORE, the Zinger Plaintiffs each seek judgment against Universal Orlando for compensatory damages and other losses suffered as a proximate result of Universal Orlando's negligence, including costs, interest and any other damages this Court deems equitable and just.

## COUNT VII
## RODRIGUEZ AND MORENO PLAINTIFFS'
## CLAIMS OF NEGLIGENT SUPERVISION

103.   The Rodriguez and Moreno Plaintiffs readopt and reallege all previous allegations contained in 1 through 30 above as if set forth herein in full and assert:

McLUSKEY, McDONALD & HUGHES, P.A.
THE BARRISTER BUILDING • 8821 S.W. 69TH COURT • MIAMI, FLORIDA 33156
TELEPHONE (305) 670-2020 • FACSIMILE (305) 662-6164 • www.mmlawmiami.com

104.    As an employer of costumed characters who interact with children at its amusement properties, Universal Orlando supervised the man dressed as Gru and who showed the White-Power hate symbol in a photo with H.R., including placing the White Power symbol by the head of H.R.

105.    In its supervision of the man dressed in costume and allowed to interact with children, such as the Universal Orlando employee who showed the White Power symbol in the subject photograph, Universal Orlando had a legal duty to use reasonable care to maintain an environment ensuring the health, welfare and safety of H.R. while she was a patron at Universal Orlando's amusement park.

106.    A relationship existed between H.R. and the costumed character who interacted with her, giving rise to legal duties on the part of Universal Orlando to protect and maintain the health, welfare and safety of H.R. at the park.

107.    A relationship existed between Geisy Moreno and Joel Rodriguez and the costumed character who interacted with them, giving rise to legal duties on the part of Universal Orlando to protect and maintain the health, welfare and safety of them at the park.

108.    Universal Orlando's costumed employees, such as the man dressed as Gru in the subject photograph, are supervised by handlers and supervisors employed by Universal Orlando and who accompany the dressed characters to events and oversee the costumed employees' interactions with children.

109.    Prior to H.R.'s incident as shown in Exhibit A, Universal Orlando was on notice and became aware, or should have become aware, of problems with the Gru

**McLUSKEY, McDONALD & HUGHES, P.A.**
THE BARRISTER BUILDING • 8821 S.W. 69TH COURT • MIAMI, FLORIDA 33156
TELEPHONE (305) 670-2020 • FACSIMILE (305) 662-6164 • www.mmlawmiami.com

costumed character depicted in the H.R. photograph that indicated his unfitness, but Universal Orlando failed to take further action such as investigation, discharge or reassignment to prevent injury to H.R.

110.   Universal Orlando knew or had reason to know of the harmful and offensive contact occurring at its sponsored events and unreasonably failed to prevent the foreseeable harm being inflicted on H.R. during the Universal Orlando costumed employee's harmful interaction with her.  Universal Orlando's handlers were watching or should have been in a position to watch the Universal employee dressed as Gru display the White-Power hate symbol in the photo with H.R., yet the handlers and supervisors did nothing to prevent, restrict or take remedial measures to prevent further incidents.  In this regard, Universal Orlando:

A.   Failed to have in place properly supervised targeted policies governing costumed characters' behavior around and interaction with child and adult patrons;

B.   Failed to have in place properly supervised targeted policies governing improper and discriminatory contact with children and adults;

C.   Failed to have in place properly supervised policies, procedures and guidelines regarding what are overtly discriminatory and offensive signals, gestures and behavior to show towards children and adults who are in protected classes such as those based on race, national origin and color;

D.   Failed to have in place properly supervised informational and educational programs notifying and/or informing costumed characters and their

- 33 -

handlers or co-workers what are universally-known and unacceptable signals and gestures used to show discrimination and hatred towards protected classes;

E.      Failed to have in place properly supervised supervisory personnel to assure that improper contact between costumed characters and protected-class children and others did not occur;

F.      Failed to have in place properly supervised adequate investigatory procedures to assure that children and adult patrons were properly cared for with non-discriminatory respect, especially as it pertains to direct interaction with child patrons;

G.      Failed to have in place properly supervised handlers and supervisors to properly monitor and supervise interaction with child patrons to ensure no protected classes were discriminated against; and

H.      Failed to have in place properly supervised and periodically reviewed written documentation, such as student handbooks, written procedures and/or other school documents to articulate specific policies regarding costumed characters interactions with children and adult patrons.

111.    Universal Orlando negligently breached its duty to protect and maintain the health, welfare and safety of child patrons by failing to properly supervise and otherwise oversee the conduct of its costumed character who interacted with H.R. while she was at Universal Orlando's park.

112.    Universal Orlando negligently breached its duty to supervise its costumed employees and through its acts or omissions, permitting its costumed employee to

- 34 -

engage in improper, harmful and offensive contact with H.R. while she visited Universal Orlando's park.

113.    Universal Orlando's breach of its duties to supervise, and ensuing failure to remove the costumed Gru character from interaction with H.R. and Universal Orlando's failure to provide corrective training or reprimand after prior similar incidents to prevent later offensive behavior to occur again against H.R, was a direct and proximate cause of injury to H.R., Geisy Moreno and Joel Rodriguez who each suffered and will continue to suffer in the future:

        A.    mental anguish;

        B.    loss of dignity;

        C.    emotional distress;

        D.    humiliation;

        E.    embarrassment;

        F.    insult;

        G.    offense;

        H.    revulsion; and

        I.    loss of enjoyment of life.

WHEREFORE, the Rodriguez and Moreno Plaintiffs each seek judgment against Universal Orlando for compensatory damages and other losses suffered as a proximate result of Universal Orlando's negligence, including costs, interest and any other damages this Court deems equitable and just.

**McLUSKEY, McDONALD & HUGHES, P.A.**
THE BARRISTER BUILDING • 8821 S.W. 69TH COURT • MIAMI, FLORIDA 33156
TELEPHONE (305) 670-2020 • FACSIMILE (305) 662-6164 • www.mmlawmiami.com

## COUNT VIII
### TIFFINEY AND RICHARD ZINGER'S
### CLAIMS OF NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS

114.    Tiffiney and Richard Zinger readopt and reallege all previous allegations contained in paragraphs 1 through 30 above as if set forth herein in full and assert:

115.    As a direct and proximate result of Universal Orlando negligently allowing its costumed employee to inflict harmful and offensive contact against J.Z. as shown in Exhibit B, Tiffiney and Richard each suffered physical injury, as stated below:

        A.     mental anguish;

        B.     emotional distress; and

        C.     revulsion.

116.    These injuries were caused by the psychological trauma of seeing the hate-symbol placed on their child at an event that each attended and where they directed J.Z. to stand with the Gru character who did this to their child.

117.    Tiffiney and Richard have a close personal relationship to J.Z., as they are her biological parents and caregivers.

WHEREFORE, Tiffiney and Richard Zinger seek judgment against Universal Orlando for compensatory damages and other losses suffered as a proximate result of Universal Orlando's actions, including costs, interest and any other damages this Court deems equitable and just.

McLUSKEY, McDONALD & HUGHES, P.A.
THE BARRISTER BUILDING • 8821 S.W. 69TH COURT • MIAMI, FLORIDA 33156
TELEPHONE (305) 670-2020 • FACSIMILE (305) 662-6164 • www.mmlawmiami.com

## COUNT IX
### GEISY MORENO AND JOEL RODRIGUEZ'
### CLAIMS OF NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS

118.   Geisy Moreno and Joel Rodriguez readopt and reallege all previous allegations contained in paragraphs 1 through 30 above as if set forth herein in full and assert:

119.   As a direct and proximate result of Universal Orlando negligently allowing its costumed employee to inflict harmful and offensive contact and interaction with H.R as shown in Exhibit A, Geisy Moreno and Joel Rodriguez each suffered physical injury, as stated below:

A.   mental anguish;

B.   emotional distress; and

C.   revulsion.

120.   These injuries were caused by the psychological trauma of seeing the hate-symbol placed near their child's head at a park that they each attended with their child and where they directed H.R. to stand with the Gru character who did this to their child.

121.   Geisy Moreno and Joel Rodriguez have a close personal relationship to H.R., as they are her biological parents and caregivers.

WHEREFORE, Geisy Moreno and Joel Rodriguez each seek judgment against Universal Orlando for compensatory damages and other losses suffered as a proximate result of Universal Orlando's actions, including costs, interest and any other damages this Court deems equitable and just.

- 37 -

## DEMAND FOR JURY TRIAL

Plaintiffs demand a trial by jury on all issues so triable.

Respectfully submitted on **June 23, 2021**.

/s/ *Lisa A. Riddle*

Lisa A. Riddle, Esquire
Florida Bar No. 92521
John W. McLuskey, Esquire
Florida Bar No. 331171
eservice@mmlawmiami.com
lridde@mmlawmiami.com
jmcl@mmlawmiami.com
fhudson@mmlawmiami.com
McLUSKEY, McDONALD & HUGHES, P.A.
Attorneys for Plaintiffs
The Barrister Building
8821 S.W. 69th Court
Miami, FL 33156
305-670-2020 Telephone
305-662-6164 Fax

**McLUSKEY, McDONALD & HUGHES, P.A.**
THE BARRISTER BUILDING • 8821 S.W. 69TH COURT • MIAMI, FLORIDA 33156
TELEPHONE (305) 670-2020 • FACSIMILE (305) 662-6164 • www.mmlawmiami.com



**Exhibit A**



Exhibit B



# State of Florida
## Florida Commission on Human Relations
An Equal Opportunity Employer • Affirmative Action Employer



**Ron DeSantis**
*Governor*

4075 Esplanade Way • Room 110 • Tallahassee, Florida 32399-7020
(850) 488-7082 / FAX: (850) 487-1007
http://fchr.state.fl.us
United in One Goal: Equal Opportunity and Mutual Respect

**Michelle Wilson**
*Executive Director*

FCHR No.: 202023424

CERTIFIED MAIL RECEIPT 91 7199 9991 7033 7533 0320

H.R (minor) child of Geisy Moreno and Joel          **COMPLAINANT**
Rodriguez
C/o Lisa Riddle
8821 SW 69th Court
Miami, FL, 33156

Universal Orlando                                   **RESPONDENT**
c/o Michael Beaudine
111 North Magnolia Avenue
Suite 1400
Orlando, FL 32801

## NOTICE OF RIGHTS

The Florida Commission on Human Relations (Commission) was unable to conciliate or make a reasonable cause determination within 180 days of the filing of the complaint in this matter. Therefore, pursuant to sections 760.11(4) and (8), *Florida Statutes*, the complainant may now either:

    (1)    Bring a civil action against the person named in the complaint in any court of competent jurisdiction **WITHIN ONE YEAR** of the date of this notice; or

    (2)    Request an administrative hearing with the Division of Administrative Hearings under sections 120.569 and 120.57, *Florida Statutes*, by filing a Petition for Relief **WITHIN 35 DAYS** of the date of this notice. A blank Petition for Relief form is enclosed.

The complainant is encouraged to consult with private legal counsel in order to determine the best course of action. The Commission will take no further action, and this matter will be closed if a Petition for Relief is not received within 35 days.

## CERTIFICATE OF SERVICE

| **Monica Cepero** | **Donna Elam** | **Libby Farmer** | **Mario Garza** |
|---|---|---|---|
| *Fort Lauderdale* | *Port Richey* | *Tallahassee* | *Lakewood Ranch* |
| **Dawn Hanson** | **Larry Hart** | **AL McCambry** | **Derrick McGhee** *Tallahassee* |
| *Tallahassee* | *Fort Myers* | *Lynn Haven* | |
| Jay Pichard | Angela Primiano | Gilbert Singer | |
| Tallahassee | Hollywood | Tampa | |

**Exhibit C**

I HEREBY CERTIFY that a copy of the foregoing NOTICE OF RIGHTS was filed at Tallahassee, Florida and sent to the above-named addressees this ⎯⎯7th⎯⎯ day of August ⎯⎯⎯⎯⎯⎯, 20**20**, by U.S. Mail.

BY: ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
       Clerk of the Commission





# State of Florida
# Florida Commission on Human Relations
**An Equal Opportunity Employer • Affirmative Action Employer**



**Ron DeSantis**
*Governor*

4075 Esplanade Way • Room 110 • Tallahassee, Florida 32399-7020
(850) 488-7082 / FAX: (850) 487-1007
http://fchr.state.fl.us
*United in One Goal: Equal Opportunity and Mutual Respect*

**Michelle Wilson**
*Executive Director*

FCHR No.: 202023423

CERTIFIED MAIL RECEIPT 91 7199 9991 7033 7533 0337

J.Z (minor) child of Tiffiney and Richard Zinger          **COMPLAINANT**
C/o Lisa Riddle
8821 SW 69th Court
Miami, FL, 33156

Universal Orlando          **RESPONDENT**
c/o Michael Beaudine
111 North Magnolia Avenue
Suite 1400
Orlando, FL 32801

## NOTICE OF RIGHTS

The Florida Commission on Human Relations (Commission) was unable to conciliate or make a reasonable cause determination within 180 days of the filing of the complaint in this matter. Therefore, pursuant to sections 760.11(4) and (8), *Florida Statutes*, the complainant may now either:

      (1)    Bring a civil action against the person named in the complaint in any court of competent jurisdiction **WITHIN ONE YEAR** of the date of this notice; or

      (2)    Request an administrative hearing with the Division of Administrative Hearings under sections 120.569 and 120.57, *Florida Statutes*, by filing a Petition for Relief **WITHIN 35 DAYS** of the date of this notice. A blank Petition for Relief form is enclosed.

The complainant is encouraged to consult with private legal counsel in order to determine the best course of action. The Commission will take no further action, and this matter will be closed if a Petition for Relief is not received within 35 days.

## CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| **Monica Cepero** *Fort Lauderdale* | **Donna Elam** *Port Richey* | **Libby Farmer** *Tallahassee* | **Mario Garza** *Lakewood Ranch* |
| **Dawn Hanson** *Tallahassee* | **Larry Hart** *Fort Myers* | **AL McCambry** *Lynn Haven* | **Derrick McGhee** *Tallahassee* |
| Jay Pichard *Tallahassee* | Angela Primiano *Hollywood* | Gilbert Singer *Tampa* | |

**Exhibit D**

I HEREBY CERTIFY that a copy of the foregoing NOTICE OF RIGHTS was filed at Tallahassee, Florida and sent to the above-named addressees this 7th day of August, 2020, by U.S. Mail.

BY: _Tammy Barton_

Clerk of the Commission



# Okay Hand Gesture



**Racist Hand Signs**

*Note: For reasons explained below, particular caution must be used when evaluating this symbol.*

The "okay" hand gesture—in which the thumb and index finger touch while the other fingers of the hand are held outstretched—is an obvious and ancient gesture that has arisen in many cultures over the years with different meanings.

**Exhibit E**

Today, in a usage that dates to at least as early as 17th century Great Britain, it most commonly signals understanding, consent, approval or well-being. Since the early 1800s, the gesture increasingly became associated with the word "okay" and its abbreviation "ok."  The gesture is also important in the Hindu

and Buddhist worlds, as well as in yoga, where it is known as *mudra* or *vitarka mudra*, a symbol of inner perfection.  The "okay" hand gesture also forms part of the basis for a number of words or concepts in American Sign Language. It appears in many other contexts as well.

Use of the okay symbol in most contexts is entirely innocuous and harmless.

In 2017, the "okay" hand gesture acquired a new and different significance thanks to a hoax by members of the website 4chan to falsely promote the gesture as a hate symbol, claiming that the gesture represented the letters "wp," for "white power." The "okay" gesture hoax was merely the latest in a series of similar 4chan hoaxes using various innocuous symbols; in each case, the hoaxers hoped that the media and liberals would overreact by condemning a common image as white supremacist.

In the case of the "okay" gesture, the hoax was so successful the symbol became a popular trolling tactic on the part of right-leaning individuals, who would often post photos to social media of themselves posing while making the "okay" gesture.

Ironically, some white supremacists themselves soon also participated in such trolling tactics, lending an actual credence to those who labeled the trolling gesture as racist in nature. By 2019, at least some white supremacists seem to have abandoned the ironic or satiric intent behind the original trolling campaign and used the symbol as a sincere expression of white supremacy, such as when Australian white supremacist Brenton Tarrant flashed the symbol during a March 2019 courtroom appearance soon after his arrest for allegedly murdering 50 people in a shooting spree at mosques in Christchurch, New Zealand.

The overwhelming usage of the "okay" hand gesture today is still its traditional purpose as a gesture signifying assent or approval. As a result, someone who uses the symbol cannot be assumed to be using the symbol in either a trolling or, especially, white supremacist context unless other contextual evidence exists to support the contention. Since 2017, many people have been falsely accused of being racist or white supremacist for using the "okay" gesture in its traditional and innocuous sense.

Other, similar-seeming hand gestures have also been mistakenly assumed to have white supremacist connotations as a result of the "okay" hoax. One of these is the so-called "Circle Game," in which people attempt to trick each other into looking at an okay-like hand gesture made somewhere below the waist. Another is the hand sign of the Three Percenter movement, a wing of the anti-government extremist militia movement. Three Percenters, who are right-wing extremists but are not typically white supremacists, often make a hand gesture to symbolize their movement that uses the outstretched middle, ring, and pinky fingers to represent a Roman numeral "3." This gesture, from certain angles, can often resemble an "okay" hand gesture and has been misinterpreted by some as a white supremacist symbol.

Because of the traditional meaning of the "okay" hand gesture, as well as other usages unrelated to white supremacy, particular care must be taken not to jump to conclusions about the intent behind someone who has used the gesture.

**ADDITIONAL IMAGES:**













1/18/2021    Case 6:21-cv-01421-PGB-DCI   Document 1   Filed 08/27/21   Page 57 of 116 PageID 57

That hand symbol you're seeing everywhere? Not OK - The Boston Globe

● **BREAKING**    MASS. REPORTS 3,224 NEW CONFIRMED CORONAVIRUS CASES, 52 NEW DEATHS      BREAKING: MASS. REPORTS 3,224 NEW CONFIRMED CORONAVIRUS CASES, 52 NEW DEATHS

@LARGE | MICHAEL ANDOR BRODEUR

# That hand symbol you're seeing everywhere? Not OK

**By Michael Andor Brodeur** Globe Correspondent, Updated September 21, 2018, 7:52 a.m.



**Exhibit F**

Case 6:21-cv-01421-PGB-DCI   Document 1   Filed 08/27/21   Page 58 of 116 PageID 58



I know what "the circle game" is. It's a Joni Mitchell song and an album from **Tom Rush** that my dad was super into; but it's also the earliest known example of live trolling.

My brothers used to "play" it with me. It involves forming your thumb and index finger into a circle, holding the gesture below your waistline, and finding ways to make your opponent/younger brother look at it. Much like beholding the Medusa with one's doomed eyes before they turned stony, looking at "this" (as it was usually referred to) came with a penalty — usually a knuckle-heavy charley horse delivered to the meat of the shoulder.

It's important to note that the glancer could avert said charley horse by stabbing the circle with his own finger and successfully withdrawing it; however, if the stab attempt was caught in the grip of the circler's hand, the penalty punch was doubled. Same shoulder.

So, once more before we continue, I know all about the circle game. No need to e-mail me when we're done here and explain it to me, as several have on Facebook whenever discussions emerge about the nefarious semiotic drift suffered by the once-innocent gesture for "OK."

ADVERTISING



You know the one. It's the very one from the punching game, but it's also the one from [decades](#) of nonverbal expressions of OK-ness. It's a cheery, neighborly, borderline bumpkiny way to signal interpersonal affirmation, so naturally it's been co-opted by racist trolls.

The rise and fall and rise (and fall) of the OK gesture is not a particularly exciting story, but it is a complicated one. Starting in the damp, dateless caverns of 4chan, "Operation O-KKK" was launched by an anonymous cadre of posters as a potentially powerful trolling methodology that involved simply taking the once-innocuous gesture and superimposing a (possibly?) disingenuous new meaning.

"[W]e must flood Twitter and other social media websites . . . claiming that the OK hand sign is a symbol of white supremacy," reads the post-zero of the phenomenon. "Leftists have dug so deep down into their lunacy. We must force [them] to dig more, until the rest of society ain't going anywhere near that [expletive]."

Since then, the gesture has curled the claws of high-profile nationalist provocaturds like [Milo Yiannopolous](#) and [Richard Spencer](#), and has effectively spread across [alt-right](#) and [alt-lite](#) photo ops relatively unchecked for the last two years.

But all of this apparent quacking from likely ducks doesn't (and can't) say anything definitive about the intent behind the silent gesture. Which, of course — a thousand duhs — is by design. Coming from those now-public figures who've proven most fond of throwing it (and teaming it with a knowing smirk), it's impossible to tell if the sign is sincerely sinister shorthand for white supremacy or merely a kind of douchey magic spell that triggers libs with a wiggle of the fingers.

And increasingly, it seems like an irony lost on itself. Last week, a member of an emergency response team in Charleston, S.C., was removed from duty after not-so-furtively flashing the sign over the shoulder of his team captain during a live interview. Prior to that, legal operative Zina Bash was criticized for displaying it multiple times in the background at Brett Kavanaugh's confirmation hearing. And earlier this summer, four members of an Alabama police force were suspended without pay for a week after a published photo caught them flashing the sign below the waist. (If it was the circle game, they've got a few million charley horses to deliver.)

A quick click around Twitter turns up multiple instances of the sign among members of right-wing groups operating at various degrees of alt-: from the "Western chauvinist" tight bros in tighter polos the Proud Boys to the ostensibly more love-driven "free speech" outfit the Patriot Prayers. Both groups have denounced bigotry, yet both seem to attract high numbers of angry young men spouting white nationalist talking points and sporting soon-to-be-dated haircuts, and both *love* declaring their OK-ness. Or playing the circle game. Or winking at the master race. Hard to say.

"If you think [OK emoji] is a racist symbol commit yourself to a mental institution immediately," one tweeter complained amid the fresh uproar over [OK emoji].

In a vacuum, he'd have a point, as would all of those doubters hastily scouring Google to assemble a long pictorial history of people innocuously saying "OK." But time, the elasticity of language, and several witting and unwitting forces have together conspired to change "OK" — if not a symbol of white supremacy then at least a vessel for it to be smuggled into the discourse, and pass in plain sight while retaining plausible deniability.

It's like lowering the frequency of a dog whistle slightly; it becomes something detectable only as a murmur in the background. (Call it white noise.) It starts to seem normal.

But put aside for a moment that these hoaxes loosen the common turf of truth, making it tough for anything to take root. And put aside that any symbol can be recruited, politicized, distorted beyond recognition, and deployed into live trolling — from Fred Perry polos to cartoon frogs to Fred Perry polos with cartoon frogs.

From my less than comfortable bed here at the mental institution, my triggered, paranoid, libby, whatever brain still has the wherewithal to wonder: If a gesture is used to disingenuously signal something racist, is that really much better than, say, just signaling something racist?

That is, does treating racism like a game of "made you look," or manipulating it as a means of public entertainment, serve to push back against bigotry or promote it? If anything, flippantly flashing a potentially racist symbol (one that has been earnestly adopted), seems like a way to indulge in the benefits of a presumed exemption from matters of race in an aggressively juvenile (or proudly boyish) way. Seems kinda racist.

But hey, that's just me wildly guessing. There's no way to know for sure what it all means, is there? For now, looking at the hand means suffering whatever blows come from looking. Unless, of course, we change the rules.

————

Michael Andor Brodeur can be reached at mbrodeur@globe.com. Follow him on Twitter @MBrodeur.

**Show 185 comments**

That hand symbol you're seeing everywhere? Not OK - The Boston Globe

©2021 Boston Globe Media Partners, LLC

1/13/2021                                   Group flashes apparent Nazi salutes on Universal Studios ride



IStockphoto

In a statement obtained by Spectrum News 13, a spokesperson for Universal said, "Hate has no place here — and we have no tolerance for any display of hatred within our destination. We stand for diversity, inclusion and respect. Any guest using hate speech or displaying hate symbols will be immediately removed from our destination and not allowed to return."

It's unclear if the guests in the photo were identified and if any action was taken against them by the park, News Spectrum 13 reports.

The Universal Studios Hollywood website description for the Revenge of the Mummy ride states, "if you dare, face heart-pounding special effects and unexpected twists at every turn as you escape the Mummy's revenge in life-like horror. It will change you ... forever!"

FILED UNDER   ALT-RIGHT, AMUSEMENT PARKS, NAZIS, NEO-NAZIS, UNIVERSAL STUDIOS, 8/21/19





**RECOMMENDED   1/5**

**Exhibit G**





**Exhibit H**



Sections ☰

**Morning Mix**

# Kyle Rittenhouse flashed hate symbols, posed with Proud Boys in a Wisconsin bar, prosecutors say



Kyle Rittenhouse, who is charged with killing two at a protest in Kenosha, Wis., was photographed drinking underage, using "white power" hand gestures and meeting members of the Proud Boys group at a bar, prosecutors say. (Kenosha County District Attorney)

By **Katie Shepherd**

Jan. 14, 2021 at 4:45 a.m. EST

＋ **Add to list**

Shortly after **pleading not guilty** to murder and weapons charges earlier this month, **Kyle Rittenhouse** showed up at a bar in Mount Pleasant, Wis., clad in a T-shirt that said "Free as F---," prosecutors said. Then the 18-year-old allegedly drank three beers, posed for photos with members of **Proud Boys** and flashed a "white power" hand sign.

The excursion raised red flags for prosecutors handling the state's case against Rittenhouse, who is charged with **fatally shooting two men and wounding a third** during an August protest following the **police shooting of a Black man** in Kenosha, Wis.

On Wednesday, the Kenosha County District Attorney's Office asked a judge to forbid Rittenhouse from drinking alcohol, using "white supremacist" signs and spending time with members of the Proud Boys, **a male-chauvinist group with ties to white nationalism.**

**Exhibit I**



**Exhibit J**



Exhibit K

*Democracy Dies in Darkness*

## National

# Identifying far-right symbols that appeared at the U.S. Capitol riot

By **Washington Post Staff**

Updated Jan. 15 at 2:56 p.m.

A day that began with President Trump telling his most ardent followers to continue to fight back against the results of an election he lost spun out of control on Jan. 6 when a violent mob broke down the doors to the U.S. Capitol and went on a rampage inside. Assembled in the crowd were a range of far-right groups, including self-described militias, white nationalists, and sundry conspiracists and agitators. They broke windows with flags poles, raised banners on scaffolding assembled for the inauguration of President-elect Joe Biden and charged police lines, attacking officers as they surged forward. Some wore tactical vests and helmets adorned with far-right symbols and slogans.

Here's what we know about the groups involved and what their symbols mean:

> Select...

**Exhibit L**

Case 6:21-cv-01421-PGB-DCI   Document 1   Filed 08/27/21   Page 70 of 116 PageID 70

*Democracy Dies in Darkness*



(Photo illustration by Daron Taylor/The Washington Post; photo by Amanda Andrade-Rhoades for The Washington Post)

The hand gesture commonly used to connote "OK" was co-opted in 2017 by members of the far-right and white supremacists who recast the symbol to mean "white power" — indicated by the W and P formed by the hand. The use of the hand gesture has since become a common occurrence at far-right rallies and among some Trump supporters who make it to taunt opponents.

The Three Percenters, a right-wing anti-government militia group, also utilizes a similar symbol — outstretched middle, ring and pinkie fingers to represent the Roman numeral for three — that can at a glance be mistaken for the "OK" gesture, though Three Percenters is not explicitly white supremacist.

The New York Times    https://nyti.ms/3nCSwld

VISUAL INVESTIGATIONS

# Decoding the Far-Right Symbols at the Capitol Riot

There were militia flags and banners of extremist groups, as well as absurd images of dinosaurs and comic book logos that belied the violence that was to unfold.

 

**By Matthew Rosenberg and Ainara Tiefenthäler**

Jan. 13, 2021

Militiamen showed up proudly bearing the emblems of their groups — American flags with the stars replaced by the Roman numeral III, patches that read "Oath Keepers." Alt-right types wore Pepe the Frog masks, and QAnon adherents could be seen in T-shirts urging people to "Trust the Plan." White supremacists brought their variant of the Crusader cross.

And then there were thousands of Trump supporters with MAGA gear — flags, hats, T-shirts, thermoses, socks. One flag portrayed President Trump as Rambo; another featured him riding a Tyrannosaurus rex and carrying the kind of rocket-propelled grenade launcher seen on the streets of Mogadishu or Kandahar.

The iconography of the American far right was on display on Jan 6. during the violence at the Capitol. The dizzying array of symbols, slogans and images was, to many Americans, a striking aspect of the unrest, revealing an alternate political universe where violent extremists, outright racists and conspiracy theorists march side by side with evangelical Christians, suburban Trump supporters and young men who revel in making memes to "own the libs."

Uniting them is a loyalty to Mr. Trump and a firm belief in his false and discredited insistence that the election was stolen. The absurdity of many images — the patches that read "Zombie Outbreak Response Team," for instance — only masked a devotion that inspired hundreds from the crowd to mount a deadly attack on Congress.

"It's often all a caricature — it looks like military fan fiction — until it's not and it crosses a very dangerous line," said Joan Donovan, the research director of the Shorenstein Center on Media, Politics and Public Policy at the Harvard Kennedy School.

"It's funny until it's scary," she said.

These are some of the groups and their insignia.



## The Militias

Out in force were right-wing militias like the Oath Keepers and the Three Percenters, whose symbol, the Roman numeral III, could be seen on patches and flags. Both groups are anti-government, pro-guns and, nowadays, devoted to Mr. Trump.

Others on the right who share the militia's anti-government views often signal their beliefs with the Gadsden flag, a yellow banner dating to the American Revolution with a rattlesnake and the phrase "Don't Tread on Me." Dozens were waved at the Capitol last week.

And then there is the Confederate battle flag. A man carried the banner of secession and slavery through the halls of the Capitol on Jan. 6.

.nytimes.com/2021/01/13/video/extremist-signs-symbols-capitol-riot.html

# Boogaloos and Proud Boys



Reuters

The Boogaloos marked themselves by wearing their signature Hawaiian shirts. A group of Proud Boys showed up in orange hats.

**RACE/RELATED:** *A deep and provocative exploration of race, identity and society with New York Times journalists.*

**Sign Up**

Both the Boogaloos and the Proud Boys include racists and anti-Semites, though the outright white supremacists tend to keep a lower profile. Some wear Crusader crosses or Germanic pagan imagery that has become popular on the racist and anti-Semitic fringes. Others have adopted the "OK" hand gesture as their own,

## Boogaloos and Proud Boys

The Boogaloos marked themselves by wearing their signature Hawaiian shirts. A group of Proud Boys showed up in orange hats.

**RACE/RELATED:** *A deep and provocative exploration of race, identity and society with New York Times journalists.*

**Sign Up**

Both the Boogaloos and the Proud Boys include racists and anti-Semites, though the outright white supremacists tend to keep a lower profile. Some wear Crusader crosses or Germanic pagan imagery that has become popular on the racist and anti-Semitic fringes. Others have adopted the "OK" hand gesture as their own, seeing it as mimicking the letters "W" and "P," for "white power."

## Pepe and 'Kek'



Evelyn Hockstein for The Washington Post, via Getty Images

Pepe the Frog, the smirking cartoon amphibian that has become a widely recognized symbol of the alt-right crowd, was a common sight.

Also on display were the green-and-white flags of Kekistan, the fictional country that is home to the deity "Kek." In the meme-driven culture of the alt-right, a satirical religion has sprouted up around Kek "as a way to troll liberals and self-righteous conservatives," according to the Southern Poverty Law Center, which tracks hate groups. "He is a god of chaos and darkness, with the head of a frog, the source of their mimetic 'magic,' to whom the alt-right and Donald Trump owe their success."

**Capitol Riot Fallout**

**From Riot to Impeachment**

Case 6:21-cv-01421-PGB-DCI   Document 1   Filed 08/27/21   Page 74 of 116 PageID 74

The riot inside the U.S. Capitol on Wednesday, Jan. 6, followed a rally at which President Trump made an inflammatory speech to his supporters, questioning the results of the election. Here's a look at what happened and the ongoing fallout:

- As this video shows, poor planning and a restive crowd encouraged by President Trump set the stage for the riot.

- A two hour period was crucial to turning the rally into the riot.

- Several Trump administration officials, including cabinet members Betsy DeVos and Elaine Chao, announced that they were stepping down as a result of the riot.

**SEE MORE ∨**

The flag is partly derived from the Nazi flag, a design that is treated as a provocative joke in alt-right circles.

## QAnon

This conspiracy theory falsely claims that there is a cabal of Democrats, deep-state bureaucrats and international financiers who use their power to rape and kill children, and that Mr. Trump was elected to vanquish them.

The canard is convoluted and confusing, but its iconography is clear and was plentiful: There were shirts with the letter "Q" or slogans like "Trust the Plan"; signs saying "Save the Children"; and flags with the abbreviation "WWG1WGA," which stands for "Where We Go One, We Go All."

## Trump Supporters

Alongside the violent, the overtly racist and the paranoid were thousands of devoted Trump supporters, some of whom even brought young children. The crowd was filled with people in MAGA regalia, and Trump flags were everywhere. Most just said "Trump"; others were a bit more outlandish.

## Comic Books and Science Fiction

The skull-like symbol of the Punisher, a crime-fighting Marvel comic book antihero, was a common sight. It has become a popular emblem on the far right in recent years and is sometimes used by police officers to signal one another without having to wear badges.

There were people waving the South Vietnamese flag, which disappeared decades ago when the North won the war. But now it lives again, adopted by some on the American right as a symbol of anti-communist resistance.

Then there was the Zombie Outbreak Response Team. A man wearing a sticker with its emblem was photographed inside the Capitol. His face is obscured in the picture, and he has not been identified. But the zombie team's website describes its members as "preppers and survivalists preparing for all worst case scenarios."

**B B C**    Home    News    Sport    More ▼    🔍

Menu

Newsbeat

ADVERTISEMENT

# OK hand sign added to list of hate symbols

🕐 27 September 2019



GETTY IMAGES

**The OK hand sign has been added to a list of hate symbols.**

The finger-and-thumb gesture – which is also a popular emoji – is being used by some as a "sincere expression of white supremacy", according to the Anti-Defamation League (ADL).

But the US anti-hate group says the "overwhelming usage" of the hand gesture today is still to show approval or that someone is OK.

Therefore "particular care must be taken not to jump to conclusions about the intent behind someone who has used the gesture".

Other symbols added to the list include burning neo-Nazi symbols, images of the "Happy Merchant" and the slogan "Diversity = White Genocide".



GETTY IMAGES

Members of the far-right group Proud Boys made the hand gesture at a rally in Oregon

The Anti-Defamation League started its "Hate on Display" list in 2000 with the aim of helping people recognise signs of extremism.

It now has over 200 entries, including the swastika and Ku Klux Klan's burning cross.

"Even as extremists continue to use symbols that may be years or decades old, they regularly create new symbols, memes and slogans to express their hateful sentiments," said ADL boss Jonathan Greenblatt.

"We believe law enforcement and the public needs to be fully informed about the meaning of these images, which can serve as a first warning sign to the presence of haters in a community or school."

OK hand sign added to list of hate symbols - BBC News



GETTY IMAGES

It's thought the OK sign was first used in Britain in the 17th century

The ADL says the OK symbol has become a "popular trolling tactic" from "right-leaning individuals, who often post photos to social media of themselves posing while making the gesture".

It **started out as an online joke** on 4Chan - taking an innocent gesture and pretending there was a hidden meaning behind it, hoping to trick the media and left-leaning people into outrage.

But the joke was so successful and widespread among the far-right, that many believe the OK sign is changing meaning.

The man accused of killing 51 people at mosques in Christchurch, New Zealand, earlier this year **flashed the OK hand sign** when he was in court.

He's pleaded not guilty to murder.





The suspect flashed a hand sign as he appeared in court charged with murder

Dr Paul Stocker, a historian who specialises in far-right movements, says the OK sign is a way of people who are in the far-right to communicate to each other.

"It's a coded message to people who are in the know and understand what the far-right are doing," he tells Radio 1 Newsbeat.

"That symbol indicates to core supporters that they are one of them."

The writer says it's common for extremist groups to take signs "already in the public domain and twist their meaning".

"The process of finding symbols has accelerated with the alt-right. They operate mainly online and use coded language and memes that might seem innocuous, but if you drill down into them they have meaning."

The Anti-Defamation League is very keen to stress that more often that not, the symbol means everything is OK.

"The overwhelming usage of the hand gesture today is still its traditional purpose.

"As a result, someone who uses the symbol cannot be assumed to be using the symbol in either a trolling or white supremacist context."

BBC
newsbeat

Stories from the people who
do the news on BBC Radio 1 and 1Xtra

**The New York Times**   |   https://nyti.ms/2PRpS15

# *When the O.K. Sign Is No Longer O.K.*

Here is how a hand gesture long seen as innocuous was appropriated to signify "white power."

**By Vanessa Swales**

Dec. 15, 2019

Touching the thumb and index finger to make a circle, with the remaining three fingers held outstretched, is a gesture that people around the world have made for centuries, mostly in positive contexts.

It is used for several purposes in sign languages, and in yoga as a symbol to demonstrate inner perfection. It figures in an innocuous made-you-look game. Most of all, it has been commonly used for generations to signal "O.K.," or all is well.

But in recent years, it has also been appropriated for a more malign purpose — to signify "white power." The gesture has become an extremist meme, according to the Anti-Defamation League.

Now, officials at West Point and Annapolis are investigating whether cadets and midshipmen who made the sign with their hands during television coverage of the Army-Navy football game on Saturday were doing so to express racist sentiments.

Here is how the hand gesture became a fraught one.

## Where did the sign come from?

The widely understood modern use of the gesture for approval or assent seems to have arisen along with the term "O.K." in the 19th century. Some researchers have traced the word to 1839, when Charles Gordon Greene wrote jokingly in The Boston Morning Post about it being an intentionally misspelled abbreviation for "all correct." The term caught on, and the hand gesture, with the fingers forming something vaguely like an O and a K, became closely linked with it.



A man wearing a Pepe the Frog mask made a hand signal understood to signify "white power" as members and supporters of the Proud Boys, a far-right group, shouted at opponents after a rally in Washington in July.  Dave Sanders for The New York Times

## How did it become connected to "white power"?

It started in early 2017 as a hoax. Some users of 4chan, an anonymous and unrestricted online message board, began what they called "Operation O-KKK," to see if they could trick the wider world — and especially liberals and the mainstream media — into believing that the innocuous gesture was actually a clandestine symbol of white power.

**COOKING:** *Daily inspiration, delicious recipes and other updates from Sam Sifton and NYT Cooking.*

Sign Up

"We must flood twitter and other social media websites with spam, claiming that the OK hand signal is a symbol of white supremacy," one of the users posted, going on to suggest that everyone involved create fake social media accounts "with basic white girl names" to propagate the notion as widely as possible.

The 4chan hoax succeeded all too well, and ceased being a hoax: Neo-Nazis, Ku Klux Klansmen and other white nationalists began using the gesture in public to signal their presence and to spot potential sympathizers and recruits. For them, the letters formed by the hand were not O and K, but W and P, for "white power."

The gesture is not the only symbol to have been appropriated and swiftly weaponized by alt-right internet trolls. The Southern Poverty Law Center has identified memes featuring the hoax religion of Kek and the cartoon character Pepe the Frog, among others, as being at the forefront of white nationalists' efforts to distract and infuriate liberals.

## Where else has the gesture surfaced?

A number of high-profile figures on the far right have helped spread the gesture's racist connotation by flashing it conspicuously in public, including Milo Yiannopolous, an outspoken former Breitbart editor, and Richard B. Spencer, one of the promoters of the white power rally in Charlottesville, Va., in 2017 that resulted in the death of a 32-year-old woman.

The gesture was in the headlines again after Roger Stone, a longtime political adviser to President Trump, met with a group of white nationalists known as the Proud Boys in Salem, Ore., in 2018 and was photographed displaying it with them.

Critics expressed outrage when a former White House aide, Zina Bash, appeared to be flashing the sign as she sat behind Brett M. Kavanaugh during his televised Senate confirmation hearings for his appointment to the Supreme Court. Defenders of Ms. Bash insisted that she had not intended any racist connotation and was merely signaling O.K. to someone.

That the gesture has migrated beyond ironic trolling culture to become a "sincere expression of white supremacy," according to the Anti-Defamation League, could be seen in March 2019 when Brenton Tarrant, the white supremacist accused of killing 50 people in back-to-back mass shootings at two mosques in Christchurch, New Zealand, smiled and flashed the sign to reporters at a court hearing on his case.

Some people who have used the gesture publicly in a way that seemed to suggest support for racist views have faced consequences. In 2018, the United States Coast Guard suspended an officer who appeared to use the sign on camera during an MSNBC broadcast. Later that year, four police officers in Jasper, Ala., were suspended after a

photo was published showing them flashing the sign below the waist. And over the summer, a baseball fan was barred indefinitely from Wrigley Field in Chicago after making the gesture behind the NBC sports commentator Doug Glanville during a broadcast of a Cubs game.

Vanessa Swales is a reporter covering national news. She previously worked for NBC Investigations, Reveal from The Center for Investigative Reporting, Diario SUR and SUR in English.  @Vanessa_Swales

A version of this article appears in print on , Section A, Page 21 of the New York edition with the headline: Supremacists Have Seized The O.K. Sign As Their Own

 **INDEPENDENT**

Contribute   Subscribe   LOGIN

News > World > Americas

# How did the OK sign become a symbol of white supremacy?

Gesture been used as positive symbol for centuries before being hijacked by alt-right

**Vanessa Swales** | Tuesday 17 December 2019 12:36

    



📷 2

Movement became well known after trolls on 4chan attempted to hoax the liberal-left *(Getty)*

*Register for free to access more of The Independent. You can read five Premium articles a month, receive personalized newsletters, comment on stories and hear about exclusive events* **Join our community today**.

The military is investigating whether a hand gesture displayed by cadets and mid-
Army-Navy football game on Saturday was meant to express racist sentiments.

The hand sign that was flashed on camera is one that has had a benign meaning
"OK", or all is well. But in recent years, it has also been appropriated for other pu



## INDEPENDENT

≡

Contribute   Subscribe                                                                    LOGIN

Touching the thumb and index finger to make a circle, with the remaining three fingers held outstretched, is a gesture that people around the world have made for centuries, mostly in positive contexts. It is used for several purposes in sign languages, and in yoga as a symbol to demonstrate inner perfection.

🖼 **The far-right plot to normalise white supremacy in the US**                        Show all 23



‹                                                                                          ›

      

The widely understood modern use of the sign for approval or assent seems to have arisen along with the term "OK" in the 19 century. Some researchers have traced the word to 1839, when Charles Gordon
*Post* about it being an intentionally misspelled abbreviation for "all correct". The
fingers forming something vaguely like an O and K, became closely linked with it

**How did it become connected to "white power"?**

✕

Case 6:21-cv-01421-PGB-DCI   Document 1   Filed 08/27/21   Page 84 of 116 PageID 84



**❤ INDEPENDENT**  ≡

Contribute   Subscribe                                    LOGIN

here

It started in early 2017 as a hoax. Anonymous users of 4chan, an anonymous and unrestricted online message board, began what they called "Operation O-KKK," to see if they could trick the wider world — and especially, liberals and the mainstream media — into believing that the innocuous gesture was actually a clandestine symbol of white power.

"We must flood Twitter and other social media websites with spam, claiming that the OK hand signal is a symbol of white supremacy," one of the users posted, going on to suggest that everyone involved create fake social media accounts "with basic white girl names" to propagate the notion as widely as possible.

Promoted stories

### The Most Relaxing Farm Game of 2020. No Install

TAONGA: THE ISLAND FARM                          Play Now

Sponsored Links by Taboola

The 4chan hoax succeeded all too well and ceased being a hoax: Neo-Nazis, Ku Klux Klansmen and other white nationalists began using the gesture in public to signal their presence and to spot potential sympathisers and recruits. For them, the letters formed by the hand were not O and K, but W and P, for "white power".



Case 6:21-cv-01421-PGB-DCI   Document 1   Filed 08/27/21   Page 85 of 116 PageID 85



The gesture is not the only symbol to have been appropriated and swiftly weaponized by alt-right internet trolls. The Southern Poverty Law Centre has identified memes featuring the hoax religion of "Kek" and cartoon character Pepe the Frog, among others, as being at the forefront of white nationalists' efforts to distract and infuriate liberals.



### Where else has the gesture surfaced?

A number of high-profile figures on the far right have helped spread the gesture's racist connotation by flashing it conspicuously in public, including Milo Yiannopoulos, an outspoken former Breitbart editor, and Richard Spencer, one of the promoters of the white power rally in Charlottesville, Virginia, in 2017 that resulted in the death of a 32-year-old woman.



⬤ INDEPENDENT ☰

Contribute   Subscribe                                                      LOGIN

**Read more**



White supremacy-fuelled killings 'to be classed as domestic terrorism'

Trump administration cut programmes to fight far-right extremism

Guns seized from suspected neo-Nazi leader over fears of 'race war'

Neo-Nazi admits deadly Germany synagogue attack

Critics expressed outrage when a former White House aide, Zina Bash, appeared to be flashing the sign as she sat behind Brett Kavanaugh during his televised Senate confirmation hearings for his appointment to the Supreme Court. Defenders of Ms Bash insisted that she had not intended any racist connotation and was merely signalling OK to someone.



That the gesture has migrated beyond ironic trolling culture to become a "sincere[
the Anti-Defamation League, could be seen in March 2019 when Brenton Tarran[
people in back-to-back mass shootings at two mosques in Christchurch, New Zea[

Case 6:21-cv-01421-PGB-DCI   Document 1   Filed 08/27/21   Page 87 of 116 PageID 87

 **INDEPENDENT**

≡

Contribute    Subscribe     LOGIN

flashing the sign below the waist.

*The New York Times*

**Please support truly independent journalism**
Every dollar you give will fund public-interest reporting

Contribute

MORE ABOUT:   WHITE SUPREMACY  |  4CHAN  |  TROLLING  |  NEO NAZI  |  ALT-RIGHT

Show comments ▾

Promoted stories

Tab**ꞔ9**la Feed

### These Cars Are So Loaded It's Hard to Believe They're So Cheap

LUXURY SUVS | SEARCH ADS | Sponsored

### Many failed before. Will you complete the trial?

HERO WARS | Sponsored

### All Senior Drivers Should Claim This Large Reward This January (Check If You Qualify)

COMPARISONS.ORG | Sponsored

### Challenge Your Brain With This Must-Play Strategy Game. No Install.

FORGE OF EMPIRES | Sponsored

### This Man Opened The Door To A Plane He Turned Into His Home – Take A Look Inside

ZEN HERALD | Sponsored

### This Only Looks Like A Regular Pocketknife - A Deejo Is Anything But That

MY DEEJO | Sponsored



VOICES

Opinion: Never mind impeachment, there is a good chance Trump will end up in court

NEWS

Melania Trump releases farewell video after making history by snubbing Jill Biden

FURNITURE
**10 Best Armchairs To Relax In With A Good Book And A Cuppa**

**INDY/BEST**

### Enter Any Name, Wait 105 Seconds, See Instant Results

TRUTH FINDER | Sponsored





**Comments**

Share your thoughts and debate the big issues

| Independent Premium comments | Open comments |

Join the discussion

Newest first          Oldest first          Most liked

---

**madtom1999**                                                           1 year ago

I thought it was an expression of their IQ!

Reply                                                              👍 0 👎 0 🏳

**NEWS**

Trump will take nuclear football out of DC on his final day in office - and the codes will be deactivated at the stroke of noon

**NEWS**

Bill Barr told Trump that 'clownish' legal team was lying to him about 'bull***' voter fraud claims, reports say

**Florida Launches New Policy For Cars Used Less Than 50 Miles/Day**
SMART LIFESTYLE TRENDS | Sponsored

**NEWS**

Kayleigh McEnany leaves White House after final two-minute press briefing following deadly Capitol riot

**People With No Life Insurance Are In For A Surprise This January**
FINANCE DAILY | Sponsored

**NEWS**

Melania Trump leaves White House at most unpopular point of her tenure

**Comedian Becomes Dead Serious Regarding CBD**
TOMMY CHONG'S CBD | Sponsored

**NEWS**

Tearful Pelosi says Congress members may be prosecuted as she announces Capitol security review



OUR PRODUCTS

Subscriptions



INDEPENDENT

Contribute    Subscribe

LOGIN

International editions

Independent en Español

Independent Arabia

Independent Turkish

Independent Persian

Independent Urdu

Evening Standard

Novaya Gazeta

**LEGAL**

Code of conduct and complaints

Contributors

Cookie policy

Donations Terms & Conditions

Privacy notice

User policies

**EXTRAS**

All topics

Voucher codes

Advertising guide

Syndication











File Edit View History Bookmarks Tools Help
CM/ECF - Live Database - flsd
Leesy on Twitter: "@AnnCoulte
Leesy on Twitter: "@AnnCoulte
Leesy on Twitter: "@AnnCoulte
Leesy on Twitter: "@AnnCoulte
https://twitter.com/leesypeesy/status/1316925850248531975?s=10
Search
MyCaseOnline
Tweet
Ann Coulter @AnnCoulter · 13h
Hey, speaking of Trump, does anyone know what his position is on white supremacy?
2.1K
1.9K
13.7K
Leesy @LeesyPeesy · 12h
He loves them!!!
3
4
Replies
Search Twitter
New to Twitter?
Sign up now to get your own personalized timeline!
Sign up
Relevant people
Leesy
@LeesyPeesy
Follow
CEO-global logistics co, with Ph.D in engineering. Combat veteran. Science is the way forward. The evangelical right is more suited to The Spanish Inquisition!
Ann Coulter
@AnnCoulter
Follow
Author.
What's happening
US elections · LIVE
President Trump answers voter
Don't miss what's happening
People on Twitter are the first to know.
Log in
Sign up

Exhibit P

Filing # 130114562 E-Filed 07/06/2021 03:28:23 PM

**EXHIBIT "C"**

IN THE CIRCUIT COURT OF THE
NINTH JUDICIAL CIRCUIT IN AND FOR
ORANGE COUNTY, FLORIDA

CIRCUIT CIVIL DIVISION

CASE NO.: 2021-CA-006496-O

J.Z., a minor, by and through her natural
parents and next friends, TIFFINEY and
RICHARD ZINGER; TIFFINEY and RICHARD
ZINGER, individually; H.R., a minor, by and
through her natural parents and next friends,
GEISY MORENO and JOEL RODRIGUEZ;
and GEISY MORENO and JOEL
RODRIGUEZ, individually,

      Plaintiffs,

v.

UNIVERSAL CITY DEVELOPMENT
PARTNERS, LTD., a Florida For-Profit Limited
Partnership, d/b/a UNIVERSAL ORLANDO
and d/b/a UNIVERSAL STUDIOS

      Defendant.

_____/

**SUMMONS:**
**TO:**

**Please serve:**    **UNIVERSAL CITY DEVELOPMENT PARTNERS, LTD.**

**By Serving:**    **Registered Agent**
                **C T CORPORATION System**
                **1200 South Pine Island Road**
                **Plantation, FL   33324**

**IMPORTANT**

A lawsuit has been filed against you. You have 20 calendar days after this summons is
served on you to file a written response to the attached complaint/petition with the clerk
of this circuit court. A phone call will not protect you. Your written response, including the
case number given above and the names of the parties, must be filed if you want the
Court to hear your side of the case. If you do not file your written response on time, you
may lose the case, and your wages, money, and property may be taken thereafter without
further warning from the Court. There are other legal requirements. You may want to call
an attorney right away. If you do not know an attorney, you may call an attorney referral
service or a legal aid office (listed in the phone book). If you choose to file a written

Case 6:21-cv-01421-PGB-DCI   Document 1   Filed 08/27/21   Page 95 of 116 PageID 95

response yourself, at the same time you file your written response to the Court, you must also serve a copy of your written response on the party serving this summons at:

**Lisa A. Riddle, Esq.**
Florida Bar No. 92521
McLuskey, McDonald & Hughes, P.A.
Attorneys for Plaintiffs
The Barrister Building
8821 S.W. 69th Court
Miami, FL 33156
305-670-2020 Telephone
305-662-6164 Fax

If the party serving summons has designated email address(es) for service or is represented by an attorney, you may designate email address(es) for service by or on you. Service must be in accordance with Florida Rule of Judicial Administration 2.516. Copies of all court documents in this case, including orders, are available at the Clerk of the Circuit Court's office. You may review these documents, upon request. You must keep the Clerk of the Circuit Court's office notified of your current address. (You may file Designation of Current Mailing and Email Address).

THE STATE OF FLORIDA

TO EACH SHERIFF OF THE STATE: You are commanded to serve this Summons and a copy of the Complaint and Notice of Compliance in this lawsuit on the above-named person.

TIFFANY M. RUSSELL
CLERK OF THE CIRCUIT COURT
By:

*/s/ ashley poston*                    07/26/2021
Deputy Clerk

**Civil Division**
**425 N. Orange Avenue**
**Room 350**
**Orlando, Florida 32801**

-2-

EXHIBIT "D"

IN THE CIRCUIT COURT OF THE
NINTH JUDICIAL CIRCUIT IN AND FOR
ORANGE COUNTY, FLORIDA

CIRCUIT CIVIL DIVISION

CASE NO.:

J.Z., a minor, by and through her natural
parents and next friends, TIFFINEY and
RICHARD ZINGER; TIFFINEY and RICHARD
ZINGER, individually; H.R., a minor, by and
through her natural parents and next friends,
GEISY MORENO and JOEL RODRIGUEZ;
and GEISY MORENO and JOEL
RODRIGUEZ, individually,

     Plaintiffs,

vs.

UNIVERSAL CITY DEVELOPMENT
PARTNERS, LTD., a Florida for-Profit Limited
Partnership, d/b/a UNIVERSAL ORLANDO
and d/b/a UNIVERSAL STUDIOS

     Defendant.

_____/

## PLAINTIFFS' NOTICE OF COMPLIANCE
## WITH RULE 2.516(b)(1) AND DESIGNATION OF EMAIL ADDRESSES

Plaintiffs, J.Z., a minor, by and through her natural parents and next friends,
TIFFINEY and RICHARD ZINGER; TIFFINEY and RICHARD ZINGER, individually; H.R.,
a minor, by and through her natural parents and next friends, GEISY MORENO and JOEL
RODRIGUEZ; and GEISY MORENO and JOEL RODRIGUEZ, individually, by and
through undersigned counsel, file this Notice of Compliance with Florida Rule of Judicial
Administration 2.516(b)(1) and Designation of Email Addresses and designates the
following email addresses:

Primary:    McLuskey, McDONALD & Hughes, P.A.  eservice@mmlawmiami.com
Secondary: Lisa A. Riddle, Esquire                 lriddle@mmlawmiami.com
Secondary: Mayra Lopez                       mlopez@mmlawmiami.com

- 1 -

Zinger and Rodriguez Notice of Compliance

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served on Defendant, along with the Complaint on June 23, 2021.

/s/ *Lisa A. Riddle*

Lisa A. Riddle, Esquire
Florida Bar No. 92521
John W. McLuskey, Esquire
Florida Bar No. 331171
eservice@mmlawmiami.com
lridde@mmlawmiami.com
jmcl@mmlawmiami.com
fhudson@mmlawmiami.com
mlopez@mmlawmiami.com
McLUSKEY, McDONALD & HUGHES, P.A.
Attorneys for Plaintiffs
The Barrister Building
8821 S.W. 69th Court
Miami, FL  33156
305-670-2020 Telephone
305-662-6164 Fax

- 2 -

## EXHIBIT "E"

IN THE CIRCUIT COURT OF THE
NINTH JUDICIAL CIRCUIT IN AND
FOR ORANGE COUNTY, FLORIDA

CIRCUIT CIVIL DIVISION

CASE NO.:  2021-CA-006496-O

J.Z., a minor, by and through her natural
parents and next friends, TIFFINEY and
RICHARD ZINGER; TIFFINEY and RICHARD
ZINGER, individually; H.R., a minor, by and
through her natural parents and next friends,
GEISY MORENO and JOEL RODRIGUEZ;
and GEISY MORENO and JOEL
RODRIGUEZ, individually,

       Plaintiffs,

vs.

UNIVERSAL CITY DEVELOPMENT
PARTNERS, LTD., a Florida for-Profit Limited
Partnership, d/b/a Universal Orlando, d/b/a
Universal Studios,

       Defendant.

_____/

## PLAINTIFFS' FIRST REQUEST FOR PRODUCTION TO DEFENDANT

Plaintiffs J.Z., a minor, by and through her natural parents and next friends, TIFFINEY and RICHARD ZINGER; TIFFINEY and RICHARD ZINGER, individually; H.R., a minor, by and through her natural parents and next friends, GEISY MORENO and JOEL RODRIGUEZ; and GEISY MORENO and JOEL RODRIGUEZ, individually, through undersigned counsel and pursuant to Florida Rules of Civil Procedure, hereby request the following:

1. Copy of any contract between Universal City Development Partner, Ltd. and Loews Royal Pacific Resort related to the breakfast event at Loews Royal Pacific Resort that was the subject of the Complaint on March 23, 2019.

2. The full personnel file of the person dressed as Gru and depicted in photographs A and B (attached).

3. Incident Reports for allegations of workers, while working for Defendant, treating people in a discriminatory manner based on a person's race, color, national origin, language or disability during the years of 2018 to present.

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the following will be served with the initial summons and complaint.

/s/ *Lisa A. Riddle*

Lisa Riddle, Esq.
Florida Bar No. 92521
Primary: eservice@mmlawmiaimi.com
Secondary: lriddle@mmlawmiami.com
John W. McLuskey, Esq.
Florida Bar No. 331171
McLuskey, McDonald & Hughes, P.A.
Attorney for Plaintiffs
The Barrister Building
8821 SW 69th Court
Miami, FL  33156
Ph: 305-670-2020
Fax: 305-662-6164



**Exhibit A**



Exhibit B

Filing # 129663541 E-Filed 06/28/2021 05:28:00 PM

## EXHIBIT "F"

IN THE CIRCUIT COURT OF THE
NINTH JUDICIAL CIRCUIT IN AND
FOR ORANGE COUNTY, FLORIDA

CIRCUIT CIVIL DIVISION

CASE NO.:  2021-CA-006496-O

J.Z., a minor, by and through her natural
parents and next friends, TIFFINEY and
RICHARD ZINGER; TIFFINEY and RICHARD
ZINGER, individually; H.R., a minor, by and
through her natural parents and next friends,
GEISY MORENO and JOEL RODRIGUEZ;
and GEISY MORENO and JOEL
RODRIGUEZ, individually,

      Plaintiffs,

vs.

UNIVERSAL CITY DEVELOPMENT
PARTNERS, LTD., a Florida for-Profit Limited
Partnership, d/b/a Universal Orlando, d/b/a
Universal Studios,

      Defendant.

_____/

## NOTICE OF SERVICE OF
## PLAINTIFFS' FIRST INTERROGATORIES TO DEFENDANT

    Plaintiffs J.Z., a minor, by and through her natural parents and next friends,
TIFFINEY and RICHARD ZINGER; TIFFINEY and RICHARD ZINGER, individually; H.R.,
a minor, by and through her natural parents and next friends, GEISY MORENO and JOEL
RODRIGUEZ; and GEISY MORENO and JOEL RODRIGUEZ, individually, through
undersigned counsel and pursuant to Florida Rules of Civil Procedure, hereby file this
Notice of Service of Interrogatories to Defendant with the Clerk of the Circuit Court.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the following will be served
upon Defendant with the initial summons and complaint.

                /s/ *Lisa A. Riddle*

                Lisa Riddle, Esq.
                Florida Bar No. 92521

Primary: eservice@mmlawmiaimi.com
Secondary: lriddle@mmlawmiami.com
John W. McLuskey, Esq.
Florida Bar No. 331171
McLuskey, McDonald & Hughes, P.A.
Attorney for Plaintiffs
The Barrister Building
8821 SW 69th Court
Miami, FL  33156
Ph: 305-670-2020
Fax: 305-662-6164

**EXHIBIT "G"**

IN THE COUNTY/CIRCUIT COURT OF
THE NINTH JUDICIAL CIRCUIT, IN
AND FOR ORANGE AND OSCEOLA
COUNTY, FLORIDA

CASE NO. 2021-CA-006496-O

IN RE: CIVIL CASE MANAGEMENT
          PLAN AND ORDER

_____/

### STANDING CASE MANAGEMENT PLAN/ORDER
### (General Track)

      **PURSUANT TO** *In re: Comprehensive COVID-19 Emergency Measures for Florida Trial Courts*, **Fla. Admin. Order No. AOSC20-23 (Amendment 12) (April 13, 2021)**, and Ninth Judicial Circuit Court Administrative Order No. 2021-04 (collectively the "Case Management Administrative Orders"), this case is before the Court for case management.  Based on the case type of the initial filing in this case, the Case Management Administrative Orders, and pursuant to Rule 2.545, Fla. R. Gen. Prac. & Jud. Admin., the Court hereby establishes a case management plan.  It is hereby

      **ORDERED** that:

      1.    **COMPLIANCE WITH THIS CASE MANAGEMENT PLAN/ORDER:**  The parties shall strictly comply with the terms of this Case Management Plan/Order, unless otherwise ordered by the Court.  FAILURE TO COMPLY WITH ALL REQUIREMENTS OF THIS ORDER WILL RESULT IN THE IMPOSITION OF SANCTIONS.  If the parties believe that an alternate plan is required or more appropriate, then the parties shall meet, confer and agree on a plan that complies with the time standards set forth in Rule 2.250, Fla. R. Gen. Prac. & Jud. Admin.  The parties may submit an agreed upon plan to the division judge for consideration, or set the matter for a case management conference.

      2.    **ADDITIONAL NINTH CIRCUIT AND DIVISION SPECIFIC GUIDELINES:** All counsel and unrepresented parties shall familiarize themselves and comply with the requirements of the following:  (i) **Amended Administrative Order Establishing the Ninth Judicial Circuit Court Circuit Civil Court Guidelines (AO 2012-03-01)**; (ii) **Amended Administrative Order Establishing the Ninth Judicial Circuit Courtroom Decorum Policy (AO 2003-07-02)** (iii) **Amended Administrative Order Establishing the Ninth Judicial Circuit Court County Civil Court Guidelines, Orange County (AO2017-04-01)**  and (iv) **any division-specific guidelines that may be applicable**.

3.　**MODIFICATION OF THIS ORDER:**　The parties may not, individually or by agreement, alter or extend the deadlines in this Order, or waive any of the provisions of this Order. The provisions of this Order may be modified only upon motion/stipulation and Court order in accordance with applicable law.

4.　**SERVICE OF THIS ORDER WITH INITIAL PROCESS:** Pursuant to the Case Management Orders, the Plaintiff shall file a copy of this Order in the case.  Any party serving an initial pleading (complaint, third-party complaint, etc.) in this case shall serve a copy of this Order together with initial service of process.

**CASE MANAGEMENT PLAN – GENERAL TRACK**

*Note:  All dates are to be calculated from the date of filing of the initial complaint unless otherwise noted.*

| | |
|---|---|
| Deadline for Service of Process: | 120 days |
| Deadline for Service of Process extended if not accomplished within 120 days: | 150 days, failing same, all unserved defendants are dismissed without prejudice |
| Deadline for Leave to Add Parties and Amend Pleadings: | Motions must be set for hearing and heard within 90 days from service on the last defendant, or deemed abandoned and denied |
| Motions to Dismiss, Motions for More Definite Statement, Motions to Strike and any objections to the pleadings: | Must be set for hearing and heard within 60 days from filing of the motion/objection, or deemed abandoned and denied. Non-movant shall timely submit a proposed order in the event the motion/objection is deemed abandoned and denied |
| Deadline for Completion of Fact and Expert Discovery: | 450 days (additional disclosure and discovery deadlines will be established by the Uniform Order Setting Pre-Trial and Trial in the case) |
| Pre-trial Motions, including Dispositive and *Daubert* Motions | Must be filed no later than 15 days after completion of discovery and heard no later than 7 days prior to the pre-trial conference, or deemed abandoned and denied |
| Mediation/Alternative Dispute Resolution | Within 30 days after completion of the depositions of all parties, counsel shall meet and confer regarding whether an early mediation would be productive to resolution of certain issues or the entire case.  A final mediation shall occur no later than 30 days after completion of all discovery |

| Approximate Pre-Trial Conference: | 17 months<br>*Actual Date to be set by Trial Order* |
|---|---|
| Approximate Trial Date: | 18 months<br>*Actual date to be set by Trial Order* |

5. **NOTICES FOR TRIAL:** Within ten (10) days of the case being at issue as defined by Rule 1.440, Fla. R. Civ. P., the Plaintiff shall confer with opposing counsel/party regarding the anticipated length of trial and file a Notice for Trial. The Plaintiff shall forward a copy of the Notice for Trial to the Judicial Assistant at the Division email address noted on the Ninth Circuit website.

6. **DISCOVERY:** All counsel and unrepresented parties shall familiarize themselves with the current edition of the Florida Handbook on Civil Discovery Practice and seek to resolve discovery issues without court intervention whenever possible.

7. **SETTLEMENT:** *The case will not be removed from the docket until all documents necessary for closure of the case are filed with the Clerk and notification has been provided to the judicial assistant. A notice of settlement is not sufficient to remove the case from the trial docket.*

**DONE AND ORDERED** in Orange/Osceola County, Florida.

Chief Judge

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator in your county at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days. If you are hearing or voice impaired, call 711.**

**ORANGE COUNTY:   Human Resources, Orange County Courthouse, 425 N. Orange Avenue, Suite 510, Orlando, Florida, (407) 836-2303**

**OSCEOLA COUNTY:  Court Administration, Osceola County Courthouse, 2 Courthouse Square, Suite 6300, Kissimmee, Florida, (407) 742-2417**

REV 04/29/2021

**EXHIBIT "H"**

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

———————————————

**J.Z., a minor, by and through her**
**natural parents and next friends,**
**TIFFINEY and RICHARD ZINGER,**
**individually; H.R., a minor, by and**                **CASE NO.**
**through her natural parents and next**
**friends, GEISY MORENO and JOEL**
**RODRIGUEZ; and GEISY MORENO**
**and JOEL RODRIGUEZ, individually,**
**,**

      **Plaintiffs,**

**vs.**

**UNIVERSAL CITY DEVELOPMENT**
**PARTNERS, LTD., a Florida for-**
**Profit Limited Partnership, d/b/a**
**Universal Orlando, d/b/a Universal**
**Studios**

      **Defendant.**

———————————————

**DECLARATION OF GABRIELA KORNZWEIG**
**PURSUANT TO 28 U.S.C. § 1746**

I, Gabriela Kornzweig, declare as follows:

1.     I am the Secretary of Universal City Development Partners, Ltd., the

Defendant in this action. The facts contained in this declaration are based either on

my personal knowledge or information I obtained from the books and records of

Universal City Development Partners, Ltd. and/or its parent and related entities.

These records are made as part of regular business practices at or near the time of the act, condition, or event set forth in the record by, or information transmitted by, a person with knowledge of those matters. If called as a witness, I could and would testify competently to the facts stated herein.

2.     Based on company records routinely maintained in the ordinary course of business and entered contemporaneously by persons having knowledge of the events recorded and whose job duties include recording them, I have determined the following information regarding the corporate citizenship and status of Defendant Universal City Development Partners, Ltd. ("UCDP"). For the reasons set forth in the balance of this declaration, there is diversity of citizenship under 28 U.S.C § 1332 in the suit brought by J.Z., Tiffiney Zinger, Richard Zinger, H.R., Geisy Moreno, and Joel Rodriguez.

3.     UCDP was at the time of filing this action, and is now, a limited partnership organized under the laws of the state of Florida. The partners of UCDP at the time of filing were, and are now, (1) limited partner Universal City Florida Holding Co. I, and (2) general partner Universal City Florida Holding Co. II.

4.     Universal City Florida Holding Co. I was at the time of filing this action, and is now, a general partnership organized under the laws of the state of Florida. The partners of Universal City Florida Holding Co. I at the time of filing

DocuSign Envelope ID: FA3CD3F4-C769-4E42-8BD5-EC2AB3460B61

were, and are now, (1) Parks Holdings Acquisition LLC, (2) Parks Holdings Acquisition Sub LLC, and (3) Universal City Property Management II LLC.

5.     Universal City Florida Holding Co. II was at the time of filing this action, and is now, a general partnership organized under the laws of the state of Florida. The partners of Universal City Florida Holding Co. II at the time of filing were, and are now, (1) Parks Holdings Acquisition LLC, (2) Parks Holdings Acquisition Sub LLC, and (3) Universal City Property Management II LLC.

6.     Parks Holdings Acquisition LLC was at the time of filing this action, and is now, a limited liability company organized under the laws of the state of Delaware. The sole member of Parks Holdings Acquisition LLC at the time of filing was, and is now, NBCUniversal Media, LLC, a Delaware limited liability company.

7.     Parks Holdings Acquisition Sub LLC was at the time of filing this action, and is now, a limited liability company organized under the laws of the state of Delaware. The sole member of Parks Holdings Acquisition Sub LLC at the time of filing was, and is now, NBCU Corporate Holdings, LLC, a Delaware limited liability company. The sole member of NBCU Corporate Holdings, LLC at the time of filing was, and is now, NBCUniversal Media, LLC.

8.     Universal City Property Management II LLC was at the time of filing this action, and is now, a limited liability company organized under the laws of the

DocuSign Envelope ID: 5A2CD3F4-C769-4E42-88D5-FC2AB2460B61

state of Delaware. The sole member of Universal City Property Management II LLC at the time of filing was, and is now, Universal City Studios Productions LLLP.

9. Universal City Studios Productions LLLP was at the time of filing this action, and is now, a limited liability limited partnership organized under the laws of the state of Delaware. The partners of Universal City Studios Productions LLLP at the time of filing were, and are now, (1) VUE Holding LLC, and (2) VUE NewCo LLC.

10. VUE Holding LLC was at the time of filing this action, and is now, a limited liability company organized under the laws of the state of Delaware. The sole member of VUE Holding LLC at the time of filing was, and is now, VUE NewCo LLC.

11. VUE NewCo LLC was at the time of filing this action, and is now, a limited liability company organized under the laws of the state of Delaware. The members of VUE NewCo LLC at the time of filing were, and are now, (1) USI Entertainment LLC, and (2) Universal Studios Company LLC.

12. USI Entertainment LLC was at the time of filing this action, and is now, a limited liability company organized under the laws of the state of Delaware. The sole member of USI Entertainment LLC at the time of filing was, and is now, Universal Studios Company LLC.

DocuSign Envelope ID: FA2CD3F4-C769-4E42-88D5-EC2AB2460B61

13.    Universal Studios Company LLC was at the time of filing this action, and is now, a limited liability company organized under the laws of the state of Delaware. The sole member of Universal Studios Company LLC at the time of filing was, and is now, NBCU Acquisition Sub LLC, a limited liability company organized under the laws of the state of Delaware.

14.    The sole member of NBCU Acquisition Sub LLC at the time of filing was, and is now, NBCUniversal Media, LLC.

15.    NBCUniversal Media, LLC was at the time of filing this action, and is now, a limited liability company organized under the laws of the state of Delaware. The sole member of NBCUniversal Media, LLC at the time of filing was, and is now, NBCUniversal, LLC, a limited liability company organized under the laws of the state of Delaware.

16.    The members of NBCUniversal, LLC at the time of filing were, and are now, (1) Comcast Navy Acquisition, LLC, a limited liability company organized under the laws of the state of Delaware; (2) Comcast Navy Contribution, LLC, a limited liability company organized under the laws of the state of Delaware; (3) NBCUniversal Enterprise, Inc., a Delaware corporation with its principal place of business in Philadelphia, Pennsylvania; (4) SNL Entertainment Holdings, Inc., a Delaware corporation with its principal place of business in Philadelphia, Pennsylvania; (5) Comcast CCW Holdings, LLC, a limited liability company

DocuSign Envelope ID: FA3CD3E4-C769-4E42-8BD5-EC2AB2460B61

organized under the laws of the state of Delaware; (6) Comcast DW Holding, Inc., a Delaware corporation with its principal place of business in Philadelphia, Pennsylvania; and (7) Comcast Snap Holdings II, LLC, a limited liability company organized under the laws of the state of Delaware.

17.     The sole member of Comcast Navy Acquisition, LLC was, at the time of filing, and is now, Comcast Corporation.

18.     Comcast Corporation was, at the time of filing, and is now, a Pennsylvania corporation with its principal place of business in Philadelphia, Pennsylvania.

19.     The members of Comcast Navy Contribution, LLC were, at the time of filing, and are now: (1) Comcast SportsNet New England Holdings, LLC, a limited liability company organized under the laws of the state of Delaware; (2) Comcast SportsNet Philadelphia Holdings, LLC, a limited liability company organized under the laws of the state of Delaware; (3) Versus Holdings, LLC, a limited liability company organized under the laws of the state of Delaware; (4) Comcast CHC, LLC, a limited liability company organized under the laws of the state of Delaware; (5) Comcast Contribution Holdings, LLC, a limited liability company organized under the laws of the state of Delaware; and (6) E! Holdings, Inc., a Delaware corporation with its principal place of business in Philadelphia, Pennsylvania.

DocuSign Envelope ID: FA3CD3E4-C7E9-4E42-88D5-EC2AB2460B61

20.    Comcast Corporation is the operating entity for E! Holdings, Inc., and all of its operational, executive, administrative, and policy-making functions, high level officers, and day-to-day operations are conducted at its corporate headquarters in Philadelphia, Pennsylvania.

21.    The members of Comcast SportsNet New England Holdings, LLC were, at the time of filing, and are now: (1) Comcast SportsNet NE Holdings, Inc., a Delaware corporation with its principal place of business in Philadelphia, Pennsylvania; and (2) CSNNE Partner, LLC, a limited liability company organized under the laws of the state of Delaware.

22.    Comcast Corporation was, at the time of filing, and is now, the operating entity for Comcast SportsNet NE Holdings, Inc., and all of its operational, executive, administrative, and policy-making functions, high level officers, and day-to-day operations are conducted at its corporate headquarters in Philadelphia, Pennsylvania.

23.    The sole member of CSNNE Partner LLC was, at the time of filing, and is now Comcast Holdings Corporation, a Pennsylvania corporation with its principal place of business in Philadelphia, Pennsylvania. Comcast Corporation was, at the time of filing, and is now the operating entity for Comcast Holdings Corporation, and all of its operational, executive, administrative, and policy-making functions,

DocuSign Envelope ID: 5A3CD3E4-C769-4E42-8BD5-FC2AB3460B61

high level officers, and day-to-day operations are conducted at its corporate headquarters in Philadelphia, Pennsylvania.

24.    The sole members of Comcast SportsNet Philadelphia Holdings, LLC were, at the time of filing, and are now: (1) Comcast Holdings Corporation; and (2) Comcast Spectacor Holding Company, LLC, a limited liability company organized under the laws of the state of Delaware.

25.    The sole member of Comcast Spectacor Holding Company, LLC was, at the time of filing, and is now, Comcast Holdings Corporation.

26.    The members of Versus Holdings, LLC were, at the time of filing, and are now: (1) Comcast Holdings Corporation; and (2) E! Holdings, Inc.

27.    The sole member of Comcast CHC, LLC was, at the time of filing, and is now, Comcast Holdings Corporation.

28.    The sole member of Comcast Contribution Holdings, LLC was, at the time of filing, and is now, Comcast Corporation.

29.    Comcast Navy Holdings, LLC, a limited liability company organized under the laws of the state of Delaware, is the operating entity for NBCUniversal Enterprise, Inc. Comcast Corporation is the operating entity for Comcast Navy Holdings, LLC, and all of its operational, executive, administrative, and policy-making functions, high level officers, and day-to-day operations are conducted at Comcast Corporation's corporate headquarters in Philadelphia, Pennsylvania.

30.    Comcast Corporation is the operating entity for SNL Entertainment Holdings, Inc., and all of its operational, executive, administrative, and policy-making functions, high level officers, and day-to-day operations are conducted at Comcast Corporation's corporate headquarters in Philadelphia, Pennsylvania.

31.    The members of Comcast CCW Holdings, LLC were, at the time of filing, and are now: (1) Comcast Navy Acquisition, LLC; and (2) Comcast Snap Holdings, Inc., a Delaware corporation with its principal place of business in Philadelphia, Pennsylvania.

32.    Comcast Corporation is the operating entity for Comcast Snap Holdings, Inc., and all of its operational, executive, administrative and policy-making functions, high level officers, and day-to-day operations are conducted at Comcast Corporation's corporate headquarters in Philadelphia, Pennsylvania.

33.    Comcast Corporation is the operating entity for Comcast DW Holding, Inc., and all of its operational, executive, administrative, and policy-making functions, high level officers, and day-to-day operations are conducted at Comcast Corporation's corporate headquarters in Philadelphia, Pennsylvania.

34.    The members of Comcast Snap Holdings II, LLC were, at the time of filing, and are now: (1) Comcast Navy Acquisition, LLC; and (2) Comcast Snap Holdings, Inc.

35.    None of the entities within this structure were, at the time the Complaint was filed, or are now, Florida citizens.  None have members or partners who were, at the time the Complaint was filed, or are now, Florida citizens.

///

///

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ___23rd___ day of August, 2021, at Los Angeles, California.

DocuSigned by:

_Gabriela Kornzweig_
8309A1B314A346C...

_____

Gabriela Kornzweig