UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:21-cv-01421-PGB-DCI

J.Z., a minor, by and through her natural parents and next friends, TIFFINEY and RICHARD ZINGER; TIFFINEY ZINGER, individually, RICHARD ZINGER, individually, H.R., a minor, by and through her natural parents and next friends, GEISY MORENO and JOEL RODRIGUEZ; GEISY MORENO, individually, and JOEL RODRIGUEZ, individually,

    Plaintiffs,

v.

UNIVERSAL CITY DEVELOPMENT PARTNERS, LTD., a Florida for-Profit Limited Partnership, d/b/a UNIVERSAL ORLANDO and d/b/a UNIVERSAL STUDIOS; and LOEWS ORLANDO HOTEL PARTNER, LLC, f/k/a LOEWS ORLANDO HOTEL PARTNER, INC., d/b/a UCF HOTEL VENTURE, d/b/a LOEWS ROYAL PACIFIC RESORT; JOHN/JANE DOE 1; JOHN/JANE DOE 2; JOHN/JANE DOE 3; and JOHN/JANE DOE 4,

    Defendants.
_____/

## DEFENDANT, LOEWS ORLANDO HOTEL PARTNER, LLC'S, NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.07(c) (2021), and the Court's Order dated September 7, 2021 (Doc. 7), I certify that the instant action:

✓    IS            related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

ANSWER:            This is a removed action from state court (Case No. 2021-CA-006496-O, in the Circuit Court of the Ninth Judicial Circuit, Orange County, Florida).

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

Dated this 9th day of November, 2021.

/s/ *Christopher R. Parkinson*
CHRISTOPHER R. PARKINSON
Florida Bar No.: 112114
cparkinson@morankidd.com
Moran Kidd Lyons Johnson & Garcia, P.A.
111 N. Orange Avenue, Suite 900
Post Office Box 472
Orlando, Florida 32801-472
Telephone: (407) 841-4141
Facsimile: (407) 841-4148
eservices@morankidd.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 9, 2021, I electronically filed the foregoing with the Clerk of the United States District Court for the Middle District of Florida—Orlando Division using CM/ECF portal which will furnish a true and correct copy to the foregoing: Michael J. Beaudine, Esq., Marc L. Levine, Esq., Latham, Luna, Eden & Beaudine, LLP, 201 South Orange Avenue, Suite 1400, Orlando, FL 32801 (beaudine@lathamluna.com) (mlevine@lathamluna.com) (beaudine@lathamluna.com) (sgarcia@lathamluna.com); John W. McLuskey, Esq., Lisa A. Riddle, Esq., McLuskey, McDonald & Hughes, P.A., 8821 S.W. 69th Court, Miami, FL 33156 (jmcl@mmlawmiami.com) (dlchrist@mmlawmiami.com) (eservice@mmlawmiami.com) (fhudson@mmlawmiami.com) (lriddle@mmlawmiami.com) (mlopez@mmlawmiami.com).

/s/ *Christopher R. Parkinson*
CHRISTOPHER R. PARKINSON